BLANK ROME, LLP
Attorneys for Plaintiff
PRECIOUS PEARLS LTD.
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRECIOUS PEARLS LTD.,

        Plaintiff,

    -against-

TIGER INTERNATIONAL LINE PTE LTD.
and SUNWOO MERCHANT MARINE CO.,
LTD.,

        Defendants.

07 Civ. 8325 KJELTL

**RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff PRECIOUS PEARLS LTD. certifies that, according to information provided to counsel by its clients, PRECIOUS PEARLS LTD. is substantially owned by Precious Shipping Public Company Limited, whose shares are traded in the stock exchange of Thailand under the symbol "PSL".

Dated:    New York, New York
             September 24, 2007

                                      BLANK ROME, LLP
                                      Attorneys for Plaintiff
                                      PRECIOUS PEARLS LTD.

                                      By_____
                                        Thomas H. Belknap, Jr. (TB-3188)
                                      The Chrysler Building
                                      405 Lexington Ave.
                                      New York, NY 10174-0208
                                      (212) 885-5000