Shaun F. Carroll (SC 9898)
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
Telephone:  (212) 952-6200
Facsimile:  (212) 952-0345
E-mail:    scarroll@nb-ny.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

PRECIOUS PEARLS, LTD.,

        Plaintiff,

    - against -

TIGER INTERNATIONAL LINE PTE LTD. and
SUNWOO MERCHANT MARINE CO., LTD.,

        Defendants.

------------------------------------------------------X

07 Civ. 8325 (JGK)

ORDER TO SHOW CAUSE

(ECF)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2007

To:   Plaintiff, Precious Pearls Ltd., by its attorneys, Blank Rome LLP

Upon the annexed affidavit of Shaun F. Carroll dated October 17, 2007 and the exhibits annexed thereto, and the declaration under penalty of perjury pursuant to 28 U.S.C. §1746 of Ahn Sun Ju dated 16 October 2007 and the exhibits annexed thereto, and all prior pleadings and proceedings had herein, you are hereby

ORDERED to Show Cause before this Court in Courtroom 12(B) of the Courthouse of the Untied States District Court for the Southern District of New York

located at 500 Pearl Street, New York, New York, on the 26 day of October, 2007 at 11 o'clock in the fore noon, why an Order should not be entered pursuant to Rule B and E(4)(f) of Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, vacating the Ex Parte Order of Maritime Attachment and Garnishment issued herein on September 24, 2007 and levied upon electronic fund transfers to or from Defendants Tiger International Line ("Tiger") and Sunwoo Merchant Marine Co., Ltd. ("Sunwoo"), who have appeared by restricted appearance pursuant to Rule E(8), and directing immediate release of an electronic funds transfer in the hands of J.P. Morgan Chase in the amount of $8.5 million and return of the same to Defendant Sunwoo, dismissing the action against Defendants Tiger and Sunwoo and granting them leave to apply for costs, disbursements, damages and attorneys fees in connection with this motion, and for such other and further relief as the Court deems just and proper; and

IT IS FURTHER ORDERED, that service of this Order and all supporting papers by hand or by facsimile or e-mail upon counsel for the plaintiff, Blank Rome LLP, The Chrysler Building, 407 Lexington Avenue, New York, New York, e-mail TBelknap@blankrome.com on or before 10/19 by 4 o'clock in the after noon shall be deemed good and sufficient service, and that all papers in opposition must be served by hand, facsimile or e-mail on Nourse & Bowles, LLP, One Exchange Plaza, New York, New York, e-mail scarroll@nb-ny.com, fax 212-952-0345 on or before 10/23, 2007 by 4:00 o'clock in the after noon, and that all Reply Papers shall

✓ be served in similar fashion on Blank Rome LLP by 10/24, 2007 at 4 o'clock
✓ in the after noon.

Dated: New York, New York
     October 18, 2007

                                                                 _____
                                                                          U.S.D.J.