Shaun F. Carroll (SC 9898)
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
Telephone:   (212) 952-6200
Facsimile:    (212) 952-0345
E-mail:         scarroll@nb-ny.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| PRECIOUS PEARLS, LTD., | : | |
| | : | |
| Plaintiff, | : | 07 Civ. 8325 (JGK) |
| | : | |
| - against - | : | **Fed.R.Civ.P. 7.1 Statement** |
| | : | |
| TIGER INTERNATIONAL LINE PTE LTD. and | : | (ECF) |
| SUNWOO MERCHANT MARINE CO., LTD., | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Tiger International Line PTE Ltd., has no parent corporation and no publicly traded company in the United States owns 10% or more of its stock.

Dated:  New York, New York
            October 17, 2007

                                                                    NOURSE & BOWLES, LLP
                                                                    Attorneys for Defendants

                                                                    By: _____
                                                                    Shaun F. Carroll (SC-9898)
                                                                    One Exchange Plaza
                                                                    At 55 Broadway
                                                                    New York, New York 10006
                                                                    (212) 952-6200