Shaun F. Carroll (SC 9898)
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
Telephone: (212) 952-6200
Facsimile: (212) 952-0345
E-mail: scarroll@nb-ny.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PRECIOUS PEARLS, LTD.,

             Plaintiff,

         - against -

TIGER INTERNATIONAL LINE PTE LTD. and
SUNWOO MERCHANT MARINE CO., LTD.,

             Defendants.

-----------------------------------------------------------X

07 Civ. 8325 (JGK)

**Fed.R.Civ.P. 7.1 Statement**

(ECF)

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Sunwoo Merchant marine co., Ltd., has no parent corporation and no publicly traded company in the United States owns 10% or more of its stock.

Dated: New York, New York
         October 17, 2007

                     NOURSE & BOWLES, LLP
                     Attorneys for Defendants

                     By: _____
                     Shaun F. Carroll (SC-9898)
                     One Exchange Plaza
                     At 55 Broadway
                     New York, New York 10006
                     (212) 952-6200