Shaun F. Carroll (SC 9898)
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
Telephone:   (212) 952-6200
Facsimile:   (212) 952-0345
E-mail:      scarroll@nb-ny.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PRECIOUS PEARLS, LTD.,

      Plaintiff,

  - against -

TIGER INTERNATIONAL LINE PTE LTD. and
SUNWOO MERCHANT MARINE CO., LTD.,

      Defendants.

------------------------------------------------------------X

07 Civ. 8325 (JGK)

NOTICE OF RESTRICTED
APPEARANCE

(ECF)

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD.

  Please enter my appearance as counsel for Tiger International Line Pte. Ltd. and Sunwoo Merchant Marine Co., Ltd., who appear by restricted appearance under Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and to receive EFC Notices in this matter. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
      October 17, 2007

                          NOURSE & BOWLES, LLP
                          Attorneys for Defendants

                          By: _____
                              Shaun F. Carroll (SC-9898)
                              One Exchange Plaza
                              At 55 Broadway
                              New York, New York 10006
                              (212) 952-6200