# SRINIVAS DECLARATION

# EXHIBIT 1



```
From: Lomar Maritime Co., Ltd - Bangkok
Tel.:  (662) 758 8050    Fax: (662) 758 8055    Email: lomar@loxinfo.co.th


GOPI-MUNIR/ANDREW

RE: M.V. WORADA NAREE / SUNWOO
==
CHARTS HV CONFIRMED YR BUNKER CLAUSE.

PLSD TO RECAP CLEAN FIXTURE AS FOLL


- M.V. WORADA NAREE

- ALL DTLS ABTS N WOG N GIVEN IN GOOD FAITH

- EX HANDY JADE / OCEANID

- SDBC

- FLAG THAI / POR BANGKOK / OFFICIAL NO.4700-01795  /  IMO NO. 8223335

- BUILT FEB 1983 IMABARI., JAPAN

- CALL SIGN - HSRO  , SATCOM "C" TLX NO : 456750410

- CLASSED NKK / NO. 830543

- DWT/DRAFT:-

  SUMMER:                25424 MT / 10.229M

  WINTER:                24696 MT / 10.016M

  TROPICAL:              26152 MT / 10.442M

- LIGHT SHIP: 6204, VSLS LOADED TPC - 34.2, F.W. A: 231   mm

- LOA-160.8 / LBP - 150.0 / BEAM-25.2 M

- MOULDED DEPTH:14.0 M, AIR DRAFT FM KEEL - 43.6M

- GT/NT - 15269 / 9023

  SUEZ GT/NT - 15661.28 / 13602.67

  (SCNT DURING ONE OF HER TRANSIT WAS 14211.35 SCID NO:27749

   SINCE SCNT DEPENDS ON VARIABLE FACTORS CHARTS TO CONFIRM WITH

   THEIR AGENTS FOR ACTUAL SCNT FOR THE TRANSIT)

- PANAMA GT/NT : 16442 / 12697 (SIN NO:253766)
```

- 4/4 HO/HA
- 3 X 25 MT CRANES + 1 X 25 MT DERRICK
- HATCH OPENINGS:-
  NO.1 - 18.4 X 12.8 M
  NO. 2, 3,4 - 21.6 X 12.8 M EACH
- HATCHCOVERS - FOLDING TYPE
- HOLD MEASUREMENTS:-
  L X W(FWD N AFT) AT TANK TOP IN METERS ( ALL ABOUT)
  NO.1 - 27.0 M X  5.0  (F) 20.6 (A)
  NO.2 - 27.0 M X 20.6 (F) 20.6 (A)
  NO.3 - 27.3 M X 20.6 (F) 20.6 (A)
  NO.4 - 28.8 M X 20.6 (F) 10.2 (A)
- GRAIN/BALE - 1,155,871.59 / 1,097830.34 CBFT
  CUBIC BREAKDOWN:-
  GRAIN - NO.1 - 250233.61 / 2 - 302501.93 / 3 - 302103.93 / 4 -301032.12
  BALE  - NO.1 - 236774.01 / 2 - 286102.0 / 3 -286270.1 / 4 -288684.23
- AUSSIE FITTED, GRAIN FITTED
- STRENGTHS - IN MT/M2:-
  MAIN DECK -3.3
  MAIN DECK HATCHES - 2.4
  TANKTOP -  11.48
- SPEED CONSUMPTION:-
  ABT 12.5 KNOTS ON ABT 24.0 MT IFO 180 CST + ABT 2.0 MT MDO
  IN PORT: IDLE ABT 2.0 MT MDO, WORKING ABT 3.5  MT MDO
  ABOVE SPEED WARRANTY FOR GOOD WEATHER UPTO BEAUFORT WIND FORCE 4
  AND DOUGLAS SEA STATE 3.
  VSLS CONSUMES MDO IN MAIN ENGINES WHILE MANOUVERING IN/OUT OF PORTS,
  CANALS, RIVERS, NARROW WATERS, FOGS ETC.
- BUNKER SPECS:-

FUEL OIL 180 CST SPECS : ISO 8217 : 1996 RME 25

DIESEL OILS SPECS : ISO-8217 : 1996 DMB

- P+I CLUB - UK CLUB , H+M VALUE - USD. 7.00 MILLION

- OWNERS : PRECIOUS PEARLS LIMITED, BANGKOK


= OWNERS TO COMPLETE CHRTRS QUESTIONNAIRE WHICH TO FORM PART OF THE
   C/P.

FOR

2. ACCT. SUNWOO MERCHANT MARINE CO., LTD., SEOUL  OR THEIR GUARANTEED
    NOMINEE.

3. DELY DLOSP 1 SP PEOPLE'S REPUBLIC OF CHINA, PORT IN OWNERS OPTION,
    ATDNSHINC. (INTENTION ZHOUSHAN)

4. LAY/CAN  0001 HRS LT 15TH MAY / 2400 HRS LT 15TH JUNE, 2007

5. T/C PERIOD OF MINIMUM 11 (ELEVEN) MONTHS UPTO ABOUT 13 (THIRTEEN)
    MONTHS ('ABOUT' MEANS PLUS 15 DAYS IN CHOPT) TRADING VIA SP(S),
    SA(S),
    SB(S), ALWAYS AFLOAT, ALWAYS ACCESSIBLE, ALWAYS WITHIN IWL,
    ALWAYS VIA ICE-FREE PORTS/AREAS WITH LAWFUL, HARMLESS CARGOES
    ALWAYS SUBJECT TO THE TRADING AND CARGO EXCLUSIONS OF THIS CHARTER
    PARTY.

    CHOPT TO BREACH IWL, ALWAYS SUBJECT TO OWNERS UNDERWRITERS
    APPROVAL, AGAINST PAYING OWNERS THE ADDITIONAL PREMIUM FOR SUCH
    BREACH. THE ADDITIONAL PREMIUM NOT TO EXCEED THAT QUOTED BY LLOYDS
    OF LONDON. CHRTRS TO PAY THE ADDITIONAL PREMIUM UPON OWNERS FAXING
    THEIR UNDERWRITERS/BROKERS INVOICE AND THE ORIGINAL INVOICE TO
    FOLLOW LATER BY MAIL.

    VSL NOT TO BE ORDERED TO ICE-BOUND PORTS/AREAS. VSL NOT TO FORCE ICE
    NOR FOLLOW ICE-BREAKERS.

    CHRTRS OPTION NAABSA AS PER NYPE '46 CL 6 IN  BUENAVENTURA AND
    RIVER PLATE PORTS ONLY WHERE IT IS CUSTOMARY NAABSA PORTS WITH SOFT
    MUD WHICH WILL NOT CAUSE ANY DAMAGE TO VSL, AND FOR OTHER PORTS
    SUBJECT TO OWNERS PRIOR APROVAL WHICH NOT TO BE UNREASONABLY
    WITHHELD.

6. HIRE USD. 17,350.00 PDPR INCLOT PAYABLE EVERY 15 DAYS IN ADVANCE.

7. 1ST HIRE AND VALUE OF BUNKERS ON DELY TO BE PAID BY CHRTRS WITHIN
    3 BANKING DAYS AFTER VSL'S DELY AND RECEIPT OF OWNERS INVOICE BY
    FAX OR E-MAIL OR TLX. CHRTRS HV THE RIGHT TO DEDUCT VALUE OF
    ESTIMATED BUNKERS ON REDLY FROM LAST SUFFICIENT HIRE PAYMENT/S.

8. OWNERS HAVE THE OPTION TO USE CHRTRS AGENTS FOR MINOR OWNERS
   MATTERS FREE OF AGENCY FEE TO OWNERS. MASTER/OWNERS TO SETTLE
   SUCH EXPENSES, IF ANY INCURRED, WITH AGENTS AND CHRTRS NOT TO
   DEDUCT ANY AMOUNTS FROM HIRE FOR ESTIMATED OWNERS EXPENSES.
   FOR MAJOR OWNERS MATTERS OWNERS TO APPOINT THEIR OWN AGENTS OR
   NEGOTIATE DIRECTLY WITH  CHRTRS AGENTS WITHOUT INVOLVING CHRTRS.

9. REDELY: ON DLOSP OR PASSING 1SP IN CHOPT ATDNSHINC WITHIN THE
   FOLLOWING RANGES BUT ALWAYS WITHIN THE TRADING LIMITS OF THIS
   CHARTER PARTY:-
   = SKAW/PASSERO RGE INCL UK/EIRE, MED, ADRIATIC/BLACK SEA BUT
     EXCLUDING SEA OF AZOV.
   OR IN CHOPT
   = TAMPA//BUENOS AIRES RGE INCL U.S. GULF, ECCA, NCSA, CARIBS BUT
     EXCLUDING CUBA.
   OR IN CHOPT
   = ADEN /JAPAN RGE INCL RED SEA, ARABIAN GULF, INDO,
     MALAYSIA,PHILIPPINES, PRC,S.KOREA.
     IN CASE LAST DISCHARGE PORT PRIOR TO REDELIVERY IS WITHIN
     PERSIAN GULF, VESSEL TO BE REDELIVERED ON PASSING MUSCAT
     OUTBOUND OR IN OWNERS OPTION ANY EQUIDISTANT POINT FROM
     THE LAST DISCHARGE PORT. IN CASE LAST DISCHARGE PORT PRIOR
     TO REDELIVERY IS WITHIN RED SEA, VESSEL TO BE
     REDELIVERED ON PASSING ADEN EASTBOUND OR IN OWNERS OPTION ANY
     EQUIDISTANT POINT FROM THE LAST DISCHARGE PORT.
   OR IN CHOPT
   = CAPETOWN/MOMBASA RGE
   OR IN CHOPT
   = VANCOUVER BC/VALPARAISO RGE.
   OR IN CHOPT
   = GIBRALTAR/DOUALA RGE.

10. ILOHC ON REDLY USD. 4,000.00 LUMPSUM INCL REMOVAL AND/OR DISPOSAL OF
    DUNNAGE/LASHING MATERIAL/DEBRIS. HOWEVER IF REMOVAL AND/OR DISPOSAL
    OF DUNNAGE/LASHING MATERIALS/DEBRIS BY SHORE LABOUR OBLIGATORY
    THEN SAME TO BE ARRANGED AND PAID BY CHRTRS.

    IN ANYCASE IF THE REDLY PORT IS IN U.S.A THEN REMOVAL AND/OR
    DISPOSAL OF DUNNAGE/LASHING MATERIALS/DEBRIS TO BE ARRANGED BY
    CHRTRS AT THEIR TIME AND EXPENSE PRIOR TO REDLY OF VSL.

    IF REMOVAL AND DISPOSAL OF DUNNAGE/LASHING MATERIALS/DEBRIS
    ARRANGED BY CHRTRS AT THEIR TIME AND EXPENSES THEN ILOHC
    USD. 3,500.00 LUMPSUM.

    DUNNAGE/LASHING/PACKING MATERIALS TO BE USDA-APHIS APPROVED.

11. COMM/VICT/ENT: USD. 1,200.00 PER MONTH PRO RATA

12. BUNKERS ON DELY ABT 250/350 MTS IFO AND ABT 30/60 MTS MDO.
BUNKERS ON REDELY TO BE ABT THE SAME QTIES AS ACTUALLY ON BOARD ON DELY.

PRICES USD. 300.00 PMT FOR IFO AND USD. 600.00 PMT FOR MDO BOTH ENDS.
CHRTRS TO PAY FOR THE VALUE OF BUNKERS ON DELY TOGETHER WITH FIRST HIRE
PAYMENT.
CHRTRS ENTITLED TO DEDUCT THE VALUE OF ESTIMATED BUNKERS ON REDELY
FROM THE LAST SUFFICIENT HIRE PAYMENT/S.

CHRTRS MAY SUPPLY BUNKERS TO THE VSL ON THEIR ACCOUNT AT DELIVERY PORT
PROVIDED SAME DOES NOT INTERFERE WITH OWNERS OPERATIONS AND ALWAYS
SUBJECT TO OWNERS PRIOR APPROVAL.
OWNERS HAVE THE PRIVILEDGE TO BUNKER THE VSL FOR THEIR OWN ACCOUNT
DURING THE LAST OR PENNULTIMATE VOYAGE OF THIS CHARTER WITHOUT
INTERFERING WITH CHARTERERS CARGO OPERATIONS.


13. THE CARGOES ALLOWED UNDER THIS CHARTER PARTY TO BE LOADED, STOWED,
    CARRIED AND DISCHARGED IN ACCORDANCE WITH IMO, FLAG STATE AND LOCAL
    RULES AND RECOMMENDATIONS INCLUDING BUT NOT LIMITED TO ALL SOLAS
    REGULATIONS TOGETHER WITH ANY AND ALL PROTOCOLS/AMENDMENTS
    THERETO.

14. TRADING EXCLUSIONS CL:-
    ------------------------------------------

    VESSEL TO BE EMPLOYED IN LAWFUL TRADES FOR THE CARRIAGE OF LAWFUL
    AND HARMLESS MERCHANDISE ONLY BETWEEN SAFE PORTS WHERE VESSEL
    CAN SAFELY LIE ALWAYS AFLOAT AND TRADING TO BE ALWAYS WITHIN IWL
    BUT ALWAYS SPECIFICALLY EXCLUDING  FINLAND, SWEDEN, YUGOSLAVIA, BOSNIA,
    CROATIA, ALL TERRITORIES OF FORMER YUGOSLAVIA, ALBANIA, ISRAEL,
    LEBANON, SYRIA, TURKISH OCCUPIED CYPRUS, LIBYA, DEMOCRATIC REPUBLIC OF
    CONGO, SOMALIA, IRAQ, NORTH KOREA, SRILANKA, CAMPUCHEA, ANGOLA, CABINDA,
    CUBA, LIBERIA, SIERRA LEONE, ABKHAZIA, NORTH & SOUTH YEMEN, BANGLADESH,
    BELIZE, CIS RUSSIAN FAR EAST, GEORGIA (BLACK SEA), NIGERIA,
    CAMEROUN,
    ETHIOPIA AND ERITREA, AMAZON RIVER (AMAZON RIVER NOT BEYOND MANAUS
    ALLOWED PROVIDED VESSEL ALWAYS AFLOAT), ST. LAWERENCE RIVER
    (ST.LAWRENCE RIVER NOT WEST OF MONTREAL, ALWAYS EXCLUDING LAKES,
    ALLOWED PROVIDED FREE OF ICE), GREAT LAKES, COUNTRIES/PLACES WHERE
    U.N./U.S.A SANCTIONS AND/OR RESTRICTIONS ARE IN FORCE AND ALL WAR
    AND/OR WAR LIKE ZONES. ORDERS OF OWNERS WAR RISK UNDERWRITERS ARE ALWAYS
    TO BE FOLLOWED.

    WHEN TRADING TO WEST AFRICAN PORTS CHARTERERS TO PROVIDE ARMED
    GUARDS DURING PORT STAYS IN THESE COUNTRIES TO PROTECT THE VESSEL,
    HER CREW AND HER CARGO.

    WHEN TRADING TO WEST AFRICAN PORTS CHARTERERS TO ACCEPT FULL
    RESPONSIBILITY FOR CARGO CLAIMS FROM THIRD PARTIES IN THESE
    COUNTRIES (EXCEPT THOSE ARISING FROM UNSEAWORTHINESS OF VESSEL) INCLUDING
    PUTTING UP SECURITY, IF NECESSARY, TO PREVENT ARREST/DETENTION OF
    THE VESSEL OR TO RELEASE THE VESSEL FROM ARREST OR DETENTION AND VESSEL
    TO REMAIN ON HIRE.

    CHARTERERS OPTION TO TRADE VESSEL TO CIS RUSSIAN FAR EAST ON THE
    FOLLOWING CONDITIONS:
    1). CHARTERERS TO ARRANGE FOR PHYTOSANITARY INSPECTION TO BE
        CARRIED OUT AND PHYTOSANITARY CERTIFICATE VALID FOR ALL
        COUNTRIES
        ISSUED BY OFFICIAL INSPECTORS TO BE PLACED ON BOARD THE
        VESSEL AT
        CHARTERERS TIME AND EXPENSE PRIOR TO VESSEL'S SAILING FROM
        CIS RUSSIAN FAR EAST PORT.
    2). BREACH OF IWL TO BE FOR CHARTERERS ACCOUNT AND THE ADDITIONAL
        PREMIUM FOR SUCH BREACH TO BE PAID BY CHARTERERS IN ADVANCE

PRIOR TO SUCH BREACH UPON OWNERS FAXING THEIR UNDERWRITERS/
BROKERS INVOICE.
3). VESSEL NOT TO BE ORDERED TO ICE-BOUND PORTS/AREAS. VESSEL NOT
TO FORCE ICE NOR FOLLOW ICE-BREAKERS.


15. CARGO EXCLUSIONS CL:-
----------------------------------------
THE FOLLOWING CARGOES ARE EXCLUDED:
LIVESTOCK, RADIO AND RADIOACTIVE GOODS AND ITS WASTES, LOGS,
NUCLEAR PRODUCTS, PETROLEUM AND ITS PRODUCTS, PETCOKE, ASPHALT,
PITCH, AMMONIUM NITRATE, TURNINGS, MOTORBLOCKS, QUEBRACHO, HIDES,
ACIDS, EXPLOSIVES, ARMS, AMMUNITIONS, DIRECT REDUCED IRON ORE
PELLETS,
INFLAMMABLE GOODS, DANGEROUS AND INJURIOUS CARGOES, CREOSOTE AND
CREOSOTED GOODS, SPONGE IRON, BLACK POWDER, BLASTING CAPS, TAR,
SHAVINGS, HBI, SALTPETER, CHILEAN NITRATE OF SODA, QUICK LIME,
NAPTHA,
CEMENT, CALCIUM CARBIDE, BORAX, CHROME ORE, SILICON MAGNESIUM,
TURPENTINE, CARBON BLACK, ASBESTOS, AMMONIUM SULPHATE,
CALCIUM HYPOCHLORIDE, BITUMEN, COALS, CAUSTIC SODA, EXPELLERS,
FISHMEAL, SALT, FERROCHROME, FERROSILICON, SILICON MANGANESE,
COPRA, SCRAP, SULPHUR, SODA ASH, DETONATORS, CEMENT CLINKERS,
BOMBS, DYNAMITE, WAR MATERIALS, IMO/IMDG CARGOES.


"CHARTERERS MAY LOAD MAXIMUM TWO CARGOES OF HARMLESS, FERTILIZER
GRADE, NON-IMDG AMMONIUM SULPHATE DURING THE PERIOD OF THIS
CHARTER


CHARTERERS MAY LOAD CONCENTRATES DURING THE PERIOD OF THIS CHARTER
ON THE FOLLOWING CONDITIONS:-
A) CONCENTRATES NOT TO BE LOADED AS CONSECUTIVE CARGOES.
B) CONCENTRATES TO BE LOADED, STOWED, TRIMMED, CARRIED AND
DISCHARGED STRICTLY IN ACCORDANCE WITH IMO, FLAG STATE AND
LOCAL RULES AND RECOMMENDATIONS INCLUDING BUT NOT LIMITED TO ALL
SOLAS REGULATIONS TOGETHER WITH ANY AND ALL PROTOCOLS/AMENDMENTS
THERETO AND/OR ANY OTHER LATEST REGULATION/RULES APPLICABLE TO
SUCH CARGO. THE MOISTURE CONTENT OF CONCENTRATES TO BE WITHIN
IMO TRANSPORTABLE LIMITS AND CERTIFICATES TO BE ISSUED TO THIS
EFFECT BY AN INDEPENDENT SURVEYOR AT THE TIME OF SHIPMENT.
C) BEFORE LOADING, ALL HOLDS ASSIGNED FOR CONCENTRATES ARE TO BE
WASHED DOWN BY FRESH WATER BY CHARTERERS AT THEIR TIME, RISK
AND EXPENSE TO THE SATISFACTION OF THE MASTER AND INDEPENDENT
SURVEYORS APPOINTED BY CHARTERERS.
D) AFTER DISCHARGE OF CONCENTRATES CHARTERERS ARE TO THOROUGHLY
CLEAN VESSEL'S HOLDS TO BRING THE HOLDS TO THE SAME CONDITION
AS PRIOR LOADING THIS CARGO AT THEIR TIME, RISK AND EXPENSE
INCLUDING BUT
NOT LIMITED TO SUPPLY OF NECESSARY MATERIALS, CHEMICALS AND
FRESH WATER AS REQUIRED TO THE SATISFACTION OF THE MASTER.
E) CHARTERERS OPTION TO REQUEST CREW ASSISTANCE FOR CLEANING HOLDS
AS PER THE INTERMEDIATE HOLD CLEANING CLAUSE OF THIS CHARTER
PARTY BUT CHARTERERS TO PAY OWNERS USD. 850.00 PER HOLD.

F) ANY EXTRA EXPENSES RESULTING THEREFROM/INCURRED THEREBY AND/OR
   ANY DETENTION AND/OR DELAYS THROUGH ANY/ALL OF ABOVE CAUSES ARE
   FOR CHARTERERS' ACCOUNT AND VESSEL TO REMAIN ON-HIRE.
G) CONCENTRATES NOT TO BE LOADED AS THE LAST TWO CARGOES UNDER
   THIS CHARTER.

CHARTERERS MAY LOAD HARMLESS, NON-IMO/IMDG COAL DURING THE PERIOD OF THIS
CHARTER ON THE FOLLOWING CONDITIONS:-
A) COAL PERMITTED UNDER THIS CHARTER IS ONLY LIMITED TO HARMLESS,
   NON-IMO/IMDG COAL. ALL OTHER TYPE/FORM OF COAL ARE FULLY EXCLUDED
   UNDER THIS CHARTER.
B) IF ANY ADDITIONAL FITTINGS/CERTIFICATION ARE REQUIRED FOR THE VESSEL
   THEN SAME TO BE FOR CHARTERERS COSTS, TIME, RISK AND EXPENSES.
C) IF CHARTERERS LOAD MORE THAN 3 (THREE) CARGOES OF COAL DURING THE
   PERIOD
   OF THIS CHARTER THEN FROM THE 4TH (FOURTH) CARGO ONWARDS THE PER DAY
   HIRE
   RATE TO BE INCREASED BY USD. 1,000.00 AND THIS RATE SHALL APPLY FROM
   THE
   TIME OF VESSEL DROPPING OUTWARD PILOT LAST DISCHARGE PORT PRIOR COAL
   CARGO TILL COMPLETION OF DISCHARGE AND DROPPING OUTWARD PILOT LAST
   DISCHARGE PORT AFTER COAL CARGO.
D) COAL TO BE LOADED, STOWED, TRIMMED, CARRIED AND DISCHARGED STRICTLY
   IN ACCORDANCE WITH IMO, FLAG STATE AND LOCAL RULES AND
   RECOMMENDATIONS INCLUDING BUT NOT LIMITED TO ALL SOLAS REGULATIONS
   TOGETHER WITH ANY AND ALL PROTOCOLS/AMENDMENTS THERETO AND/OR
   ANY OTHER LATEST REGULATION/RULES APPLICABLE TO SUCH CARGO.
E) AFTER DISCHARGE OF COAL CHARTERERS ARE TO THOROUGHLY CLEAN
   VESSEL'S HOLDS TO BRING THE HOLDS TO THE SAME CONDITION AS PRIOR
   LOADING THIS CARGO AT THEIR TIME, RISK AND EXPENSE INCLUDING BUT NOT
   LIMITED TO SUPPLY OF NECESSARY MATERIALS, CHEMICALS AND FRESH
   WATER AS REQUIRED TO THE SATISFACTION OF THE MASTER.
F) CHARTERERS OPTION TO REQUEST CREW ASSISTANCE FOR CLEANING HOLDS
   AS PER THE INTERMEDIATE HOLD CLEANING CLAUSE OF THIS CHARTER PARTY
   BUT CHARTERERS TO PAY OWNERS USD. 850.00 PER HOLD.
G) ANY EXTRA EXPENSES RESULTING THEREFROM/INCURRED THEREBY AND/OR
   ANY DETENTION AND/OR DELAYS THROUGH ANY/ALL OF ABOVE CAUSES ARE
   FOR CHARTERERS' ACCOUNT AND VESSEL TO REMAIN ON-HIRE.
H) COAL NOT TO BE LOADED AS CONSECUTIVE CARGOES.
I) COAL NOT TO BE LOADED AS THE LAST THREE CARGOES UNDER THIS CHARTER.


CHARTERERS MAY LOAD MAXIMUM TWO CARGOES OF BULK SODA ASH DURING
THE PERIOD OF THIS CHARTER ON THE FOLLOWING CONDITIONS:-
A) SODA ASH NOT TO BE LOADED AS CONSECUTIVE CARGOES.
B) SODA ASH TO BE LOADED, STOWED, TRIMMED, CARRIED AND DISCHARGED
   STRICTLY IN ACCORDANCE WITH IMO, FLAG STATE AND LOCAL RULES AND
   RECOMMENDATIONS INCLUDING BUT NOT LIMITED TO ALL SOLAS
   REGULATIONS
   TOGETHER WITH ANY AND ALL PROTOCOLS/AMENDMENTS THERETO AND/OR
   ANY OTHER LATEST REGULATION/RULES APPLICABLE TO SUCH CARGO.
C) BEFORE LOADING, ALL HOLDS ASSIGNED FOR SODA ASH ARE TO BE WASHED
   DOWN BY FRESH WATER BY CHARTERERS AT THEIR TIME, RISK AND
   EXPENSE

TO THE SATISFACTION OF THE MASTER AND INDEPENDENT SURVEYORS
APPOINTED BY CHARTERERS.
D) AFTER DISCHARGE OF SODA ASH CHARTERERS ARE TO THOROUGHLY CLEAN
VESSEL'S HOLDS TO BRING THE HOLDS TO THE SAME CONDITION AS
PRIOR
LOADING THIS CARGO AT THEIR TIME, RISK AND EXPENSE INCLUDING
BUT NOT
LIMITED TO SUPPLY OF NECESSARY MATERIALS, CHEMICALS AND FRESH
WATER AS REQUIRED TO THE SATISFACTION OF THE MASTER.
E) CHARTERERS OPTION TO REQUEST CREW ASSISTANCE FOR CLEANING HOLDS
AS PER THE INTERMEDIATE HOLD CLEANING CLAUSE OF THIS CHARTER
PARTY BUT CHARTERERS TO PAY OWNERS USD. 850.00 PER HOLD.
F) ANY EXTRA EXPENSES RESULTING THEREFROM/INCURRED THEREBY AND/OR
ANY DETENTION AND/OR DELAYS THROUGH ANY/ALL OF ABOVE CAUSES ARE
FOR CHARTERERS' ACCOUNT AND VESSEL TO REMAIN ON-HIRE.
G) SODA ASH NOT TO BE LOADED AS THE LAST TWO CARGOES UNDER THIS
CHARTER.

CHARTERERS MAY LOAD MAXIMUM TWO CARGOES OF HARMLESS,
NON-RADIOACTIVE, NON-OILY HMS 1+2 OR SHREDDED SCRAP DURING THE
PERIOD OF THIS CHARTER ON THE FOLLOWING CONDITIONS:-
A) THE SCRAP PERMITTED UNDER THIS CHARTER PARTY IS ONLY LIMITED TO
HARMLESS, NON-RADIOACTIVE, NON-OILY HMS 1+2 OR SHREDDED SCRAP
ALWAYS EXCLUDING MOTORBLOCKS,TURNINGS, METAL BORINGS AND
CUTTINGS.
ALL OTHER TYPE/FORM OF SCRAP ARE FULLY EXCLUDED UNDER THIS
CHARTER PARTY.
B) CHARTERERS/SUB-CHARTERERS AND/OR THEIR STEVEDORES/SERVANTS ARE
TO LOWER THE CARGO DOWN SOFTLY, AS CLOSE TO THE TANKTOPS AS
POSSIBLE, ON THE TANKTOPS UNTIL A LAYER OF CARGO IS BUILT UP
ATLEAST
TO BE ABOUT 2 (TWO) METRES HEIGHT OVER THE ENTIRE TANK TOP AREA
BEFORE PROCEEDING TO LOAD IN THE NORMAL MANNER. MASTER HAS THE
RIGHT TO STOP LOADING SHOULD STEVEDORES/OTHER LOADING
PERSONNELS
FAIL TO COMPLY WITH ABOVE AND/OR ENDANGER THE VESSEL AND/OR HER
EQUIPMENTS/FITTINGS AT  ANY STAGE OF LOADING.
C) CHARTERERS UNDERTAKE TO SUPPLY ON BOARD, AT THEIR TIME AND
EXPENSES, DUNNAGE AND/OR OTHER MATERIALS WHICH MASTER CONSIDERS
NECESSARY TO PROVIDE SAFE PROTECTION FROM DAMAGE BY LOADING
SCRAP.
D) AFTER DISCHARGE OF SCRAP CHARTERERS ARE TO THOROUGHLY CLEAN
VESSEL'S HOLDS TO BRING THE HOLDS TO THE SAME CONDITION AS
PRIOR
LOADING THIS CARGO AND KEEP HOLD PAINT IN GOOD CONDITION AT
THEIR
TIME, RISK AND EXPENSE INCLUDING BUT NOT LIMITED TO SUPPLY OF
NECESSARY MATERIALS, CHEMICALS, PAINTS AND FRESH WATER AS
REQUIRED TO THE SATISFACTION OF THE MASTER.
E) CHARTERERS OPTION TO REQUEST CREW ASSISTANCE FOR CLEANING HOLDS
AS PER THE INTERMEDIATE HOLD CLEANING CLAUSE OF THIS CHARTER
PARTY BUT CHARTERERS TO PAY OWNERS USD. 850.00 PER HOLD.
F) ANY EXTRA EXPENSES RESULTING THEREFROM/INCURRED THEREBY AND/OR
ANY DETENTION AND/OR DELAYS THROUGH ANY/ALL OF ABOVE CAUSES ARE
FOR CHARTERERS' ACCOUNT AND VESSEL TO REMAIN ON-HIRE.
G) SCRAP NOT TO BE LOADED AS THE LAST TWO CARGOES UNDER THIS
CHARTER.

CHARTERERS MAY LOAD MAXIMUM TWO CARGOES OF SALT DURING THE PERIOD
OF THIS CHARTER ON THE FOLLOWING CONDITIONS:-
A) SALT NOT TO BE LOADED AS CONSECUTIVE CARGOES.
B) BEFORE LOADING, ALL HOLDS ASSIGNED FOR SALT ARE TO BE WASHED
   DOWN BY FRESH WATER AND LIME-WASHED BY CHARTERERS AT THEIR TIME,
   RISK AND EXPENSE TO THE SATISFACTION OF THE MASTER AND INDEPENDENT
   SURVEYORS APPOINTED BY CHARTERERS.
C) SALT TO BE LOADED, STOWED, TRIMMED, CARRIED AND DISCHARGED
   STRICTLY IN ACCORDANCE WITH IMO, FLAG STATE AND LOCAL RULES AND
   RECOMMENDATIONS INCLUDING BUT NOT LIMITED TO ALL SOLAS
   REGULATIONS
   TOGETHER WITH ANY AND ALL PROTOCOLS/AMENDMENTS THERETO AND/OR
   ANY OTHER LATEST REGULATION/RULES APPLICABLE TO SUCH CARGO.
D) AFTER DISCHARGE OF SALT CHARTERERS ARE TO THOROUGHLY CLEAN
   VESSEL'S HOLDS INCLUDING REMOVAL OF LIME WASH COATING TO BRING
   THE HOLDS TO THE SAME CONDITION AS PRIOR LOADING THIS CARGO AT
   THEIR TIME,
   RISK AND EXPENSE INCLUDING BUT NOT LIMITED TO SUPPLY OF
   NECESSARY
   MATERIALS, CHEMICALS AND FRESH WATER AS REQUIRED, TO THE
   SATISFACTION OF THE MASTER.
E) CHARTERERS OPTION TO REQUEST CREW ASSISTANCE FOR CLEANING HOLDS
   INCLUDING LIME-WASHING AND REMOVAL OF LIME-WASH AS PER THE
   INTERMEDIATE HOLD CLEANING CLAUSE OF THIS CHARTER PARTY BUT
   CHARTERERS TO PAY OWNERS USD. 600.00 PER HOLD FOR EACH SUCH
   LIME-WASH/REMOVAL OF LIME-WASH IN ADDITION TO THE RATES
   STIPULATED IN
   THE INTERMEDIATE HOLD CLEANING CLAUSE OF THIS CHARTER PARTY.
F) ANY EXTRA EXPENSES RESULTING THEREFROM/INCURRED THEREBY AND/OR
   ANY DETENTION AND/OR DELAYS THROUGH ANY/ALL OF ABOVE CAUSES ARE
   FOR CHARTERERS' ACCOUNT AND VESSEL TO REMAIN ON-HIRE.
G) SALT NOT TO BE LOADED AS THE LAST THREE CARGOES UNDER THIS
   CHARTER.

CHARTERERS MAY LOAD MAXIMUM TWO CARGOES OF SULPHUR DURING THE
PERIOD OF THIS CHARTER ON THE FOLLOWING CONDTIONS:-
A) BEFORE LOADING, ALL HOLDS ASSIGNED FOR SULPHUR ARE TO BE WASHED
   DOWN BY FRESH WATER AND LIME-WASHED BY CHARTERERS AT THEIR
   TIME,
   RISK AND EXPENSE TO THE SATISFACTION OF THE MASTER AND
   INDEPENDENT
   SURVEYORS APPOINTED BY CHARTERERS.
B) SULPHUR TO BE LOADED, STOWED, TRIMMED, CARRIED AND DISCHARGED
   STRICTLY IN ACCORDANCE WITH IMO, FLAG STATE AND LOCAL RULES AND
   RECOMMENDATIONS INCLUDING BUT NOT LIMITED TO ALL SOLAS
   REGULATIONS
   TOGETHER WITH ANY AND ALL PROTOCOLS/AMENDMENTS THERETO AND/OR
   ANY OTHER LATEST REGULATION/RULES APPLICABLE TO SUCH CARGO.
C) AFTER DISCHARGE OF SULPHUR CHARTERERS ARE TO THOROUGHLY CLEAN
   VESSEL'S HOLDS INCLUDING REMOVAL OF LIME WASH COATING TO BRING
   THE HOLDS TO THE SAME CONDITION AS PRIOR LOADING THIS CARGO AT
   THEIR TIME, RISK AND EXPENSE INCLUDING BUT NOT LIMITED TO SUPPLY OF
   NECESSARY
   MATERIALS, CHEMICALS AND FRESH WATER AS REQUIRED, TO THE
   SATISFACTION OF THE MASTER.
D) CHARTERERS OPTION TO REQUEST CREW ASSISTANCE FOR CLEANING HOLDS

INCLUDING LIME-WASHING AND REMOVAL OF LIME-WASH AS PER THE
INTERMEDIATE HOLD CLEANING CLAUSE OF THIS CHARTER PARTY BUT
CHARTERERS TO PAY OWNERS USD. 600.00 PER HOLD FOR EACH SUCH
LIME-WASH/REMOVAL OF LIME-WASH IN ADDITION TO THE RATES
STIPULATED IN
THE INTERMEDIATE HOLD CLEANING CLAUSE OF THIS CHARTER PARTY.
E) ANY EXTRA EXPENSES RESULTING THEREFROM/INCURRED THEREBY AND/OR
ANY DETENTION AND/OR DELAYS THROUGH ANY/ALL OF ABOVE CAUSES ARE
FOR CHARTERERS' ACCOUNT AND VESSEL TO REMAIN ON-HIRE.
F) SULPHUR NOT TO BE LOADED AS LAST THREE CARGOES UNDER THIS
CHARTER.

CHARTERERS MAY LOAD MAXIMUM TWO CARGOES OF CEMENT OR CEMENT
CLINKER (IE. EITHER 2 CARGOES OF CEMENT OR 2 CARGOES OF CEMENT
CLINKER OR 1 CARGO OF CEMENT AND 1 CARGO OF CEMENT CLINKER) DURING THE
PERIOD OF THIS CHARTER ON THE FOLLOWING CONDTIONS:-
A) CEMENT AND/OR CEMENT CLINKER NOT TO BE LOADED AS CONSECUTIVE
CARGOES.
B) CHARTERES TO INDEMNITY OWNERS  FOR ALL POSSIBLE CARGO
SOLIDIFICATION DUE TO HOLD SWEATING.
C) AFTER DISCHARGE OF CEMENT AND/OR CEMENT CLINKER CHARTERERS ARE
TO
THOROUGHLY CLEAN VESSEL'S HOLDS TO BRING THE HOLDS TO THE SAME
CONDITION AS PRIOR LOADING THIS CARGO AND KEEP HOLD PAINT IN
GOOD
CONDITION AT THEIR TIME, RISK AND EXPENSE INCLUDING BUT NOT
LIMITED TO
SUPPLY NECESSARY MATERIALS, CHEMICALS, SUBMERSIBLE PUMPS AND
FRESH WATER AS REQUIRED, TO THE SATISFACTION OF THE MASTER.
HOLD
CLEANING WATER NOT TO BE PUMPED OUT THROUGH VESSEL'S BILGE
SYSTEM.
D) CHARTERERS OPTION TO REQUEST CREW ASSISTANCE FOR CLEANING HOLDS
AS PER THE INTERMEDIATE HOLD CLEANING CLAUSE OF THIS CHARTER
PARTY
BUT CHARTERERS TO PAY OWNERS USD. 500.00 PER HOLD IN ADDITION
TO THE
RATES STIPULATED IN THE INTERMEDIATE HOLD CLEANING CLAUSE OF
THIS
CHARTER PARTY.
E) ANY EXTRA EXPENSES RESULTING THEREFROM/INCURRED THEREBY AND/OR
ANY DETENTION AND/OR DELAYS THROUGH ANY/ALL OF ABOVE CAUSES ARE

FOR CHARTERERS' ACCOUNT AND VESSEL TO REMAIN ON-HIRE.
F) BULK CEMENT AND/OR CEMENT CLINKER NOT TO BE LOADED AS THE LAST
THREE CARGOES UNDER THIS CHARTER.

CHARTERERS HAVE THE OPTION TO LOAD ONE CARGO OF CALCINED PETCOKE
(CALCINED ONLY, ALL OTHER PETCOKE VIZ. GREEN, DELAYED ETC. ARE
EXCLUDED
FULLY UNDER THIS CHARTER PARTY) DURING THE PERIOD OF THIS CHARTER
ON THE FOLLOWING CONDITIONS:-
A) SHOULD ANY ADDITIONAL/SPECIAL WASH DOWN OF HOLDS BEFORE LOADING
IS REQUIRED BY THE MASTER, CHARTERERS UNDERTAKE TO ARRANGE THE
SAME AT THEIR EXPENSE AND TIME.
B) CALCINED PETCOKE TO BE LOADED, STOWED, TRIMMED, CARRIED,
DISCHARGED

STRICTLY IN ACCORDANCE WITH IMO AND/OR ANY OTHER LATEST
REGULATIONS/RULES APPLICABLE TO SUCH CARGO.

C) AFTER DISCHARGE CHARTERERS TO ARRANGE AT THEIR EXPENSE, TIME AND
RISK ADDITIONAL/SPECIAL WASH OF HOLDS CARRYING CALCINED PETCOKE
TO BRING THE HOLDS TO THE SAME CONDITION AS PRIOR LOADING THIS
CARGO, INCLUDING BUT NOT LIMITED TO SUPPLY NECESSARY MATERIALS,
CHEMICALS,
EQUIPMENTS AND FRESH WATER AS REQUIRED, TO THE SATISFACTION OF
THE MASTER.

D) CHARTERERS OPTION TO REQUEST CREW ASSISTANCE FOR CLEANING HOLDS
AS PER THE INTERMEDIATE HOLD CLEANING CLAUSE OF THIS CHARTER
PARTY
BUT CHARTERERS TO PAY OWNERS USD. 1,000.00 PER HOLD FOR EACH
SUCH HOLD CLEANING PERFORMED BY CREW.

E) ANY EXTRA EXPENSES RESULTING THEREFROM/INCURRED THEREBY AND/OR
ANY DETENTION THROUGH ANY/ALL OF ABOVE CAUSES ARE FOR
CHARTERERS' ACCOUNT.

F) CALCINED PETCOKE NOT TO BE LOADED AS LAST TWO CARGOES UNDER THIS
CHARTER.

16. INTERMEDIATE HOLD CLEANING:
INTERMEDIATE HOLD CLEANINGS TO BE PERFORMED BY CHARTERERS AT THEIR
RISK, TIME AND COSTS. HOWEVER IF REQUESTED BY CHARTERERS CREW TO
PERFORM SAME, PROVIDED SHORE/LOCAL/LABOUR REGULATIONS AND WEATHER
CONDITIONS PERMITTING, AT CHARTERERS RISK, TIME AND COSTS BUT
VESSEL/
OWNERS/CREW NOT RESPONSIBLE/LIABLE IN THE EVENT VESSEL FAILS
SUBSEQUENT HOLD INSPECTIONS. CHARTERERS TO PROVIDE REQUIRED
MATERIALS FOR CLEANING HOLDS INCLUDING FRESH WATER. CHARTERERS TO
PAY OWNERS THE FOLLOWING RATES FOR EACH SUCH INTERMEDIATE HOLD
CLEANING PERFORMED BY CREW:-
USD. 500.00 PER HOLD FOR SWEEPING ONLY.
USD. 750.00 PER HOLD FOR SWEEPING AND WASHING.
REMOVAL AND DISPOSAL OF DUNNAGE, LASHING MATERIALS, DEBRIS BETWEEN
INTERMEDIATE VOYAGES TO BE ARRANGED BY CHARTERERS AT THEIR TIME AND
EXPENSE.

17. THROUGHOUT THE CURRENCY OF THIS CHARTER PARTY, THE CHARTERERS SHALL
REMAIN RESPONSIBLE FOR ALL COSTS AND TIME, INCLUDING DEVIATION, IF
ANY,
ASSOCIATED WITH THE REMOVAL AND DISPOSAL OF CARGO RELATED RESIDUES
AND/OR HOLD WASHING WATER AND/OR CHEMICALS AND DETERGENTS AND/OR
WASTE AS DEFINED BY MARPOL ANNEX V, SECTION 1 OR OTHER APPLICABLE
RULES RELATING TO THE DISPOSAL OF SUCH SUBSTANCES.

18. BIMCO STANDARD LAW & ARBITRATION CLAUSE 1998 - ENGLISH LAW, LONDON
ARBITRATION - WITH SMALL CLAIMS PROCEDURE FOR CLAIMS UP TO USD.
50,000.00
- TO APPLY AND TO BE INCORPORATED IN THE C/P.

19. GENERAL AVERAGE SHALL BE ADJUSTED, STATED AND SETTLED ACCORDING TO
YORK-ANTWERP RULES 1994 IN LONDON.

20. BIMCO STANDARD ISM CLAUSE FOR VOYAGE AND TIME CHARTERPARTIES TO
APPLY AND TO BE INCORPORATED IN THE C/P.

21. BIMCO ISPS/MTSA CLAUSE FOR TIME CHARTER PARTIES 2005 TO APPLY AND TO

BE INCORPORATED IN THE C/P.

22. BIMCO U.S. CUSTOMS ADVANCE NOTIFICATION/AMS CLAUSE FOR TIME CHARTER
    PARTIES TO APPLY AND TO BE INCORPORATED IN THE C/P.

23. BIMCO BUNKER FUEL SULPHUR CONTENT CLAUSE FOR TIME CHARTER PARTIES
    2005 TO APPLY AND TO BE INCORPORATED IN THE C/P.

24. BIMCO STANDARD WAR RISKS CLAUSE FOR TIME CHARTERS, 2004 (CODE NAME:
    CONWARTIME 2004) TO APPLY AND TO BE INCORPORATED IN THE C/P.

25. BIMCO STOWAWAYS CLAUSE FOR TIME CHARTERS TO APPLY AND TO BE
    INCORPORATED IN THE C/P.

26. CHARTERERS TO COMPLY WITH ANY/ALL UNITED STATES DEPARTMENT OF
    AGRICULTURE'S (USDA) ANIMAL AND PLANT HEALTH INSPECTION SERVICE
    (APHIS)
    IMPORT REGULATION FOR WOOD PACKAGING MATERIAL (WPM). ANY/ALL
    CONSEQUENCES, LOSS, DAMAGES, EXPENSE OR DELAY CAUSED BY THE FAILURE
    ON THE PART OF THE CHARTERERS TO COMPLY WITH ABOVE REGULATION
    AND/OR
    REQUIREMENTS SHALL BE FOR CHARTERERS ACCOUNT

27. WITH THE VIEW TO PROTECT OWNERS AND CHARTERERS AGAINST POSSIBLE
    CLAIMS FOR CARGO DAMAGES, THE OWNERS HAVE THE OPTION TO APPOINT
    SURVEYORS NOMINATED BY THEIR P&I CLUB TO PERFORM CARGO CONDITION
    SURVEYS CONCURRENTLY WITH LOADING AND DISCHARGING CERTAIN CARGOES
    SUCH AS STEEL, AND OTHER CARGOES WHICH ARE PONTENTIALLY LIABLE TO
    CARGO CLAIMS. COST FOR SUCH SURVEYS TO BE SHARED EQUALLY BETWEEN
    OWNERS AND CHARTERERS.

28. CARGO CLAIMS AS BETWEEN THE OWNERS AND THE CHARTERERS SHALL BE
    SETTLED IN ACCORDANCE WITH THE INTER-CLUB NEW YORK PRODUCE EXCHANGE
    AGREEMENT OF FEBRUARY 1970, AS AMENDED MAY 1984 AND SEPTEMBER 1996,
    OR ANY SUBSEQUENT MODIFICATION OR REPLACEMENT THEREOF.

29. BASIC WAR RISK INSURANCE TO BE FOR OWNERS ACCOUNT. ANY ADDITIONAL/
    EXTRA PREMIUM (WHICH TO BE ARRANGED BY OWNERS) FOR HULL AND
    MACHINERY AND OFFICERS/CREW FOR TRADING TO A RESTRICTED AREA,
    INCLUDING BLOCKING AND TRAPPING INSURANCE AND CREW WAR BONUS TO BE
    FOR CHARTERERS ACCOUNT AND VESSEL TO REMAIN ON FULL HIRE.
    CHARTERERS
    TO PAY THE ADDITIONAL/EXTRA PREMIUM UPON OWNERS FAXING THEIR
    UNDERWRITERS/BROKERS INVOICE AND THE ORIGINAL INVOICE TO FOLLOW
    LATER BY MAIL.

30. ON ARRIVAL AT FIRST LOAD PORT AFTER VSL'S DELIVERY ALL CGO HOLDS TO
    BE
    CLEAN/SWEPT/WASHED DOWN BY FRESH WATER AND DRIED, FREE OF LOOSE
    RUST SCALES AND PREVIOUS CARGO RESIDUES AND READY TO RECEIVE CHRTRS
    INTENDED CGO IN ALL RESPECTS TO THE SATISFACTION OF INDEPENDENT
    SURVEYORS. IF THE VSL'S CGO HOLDS NOT BE APPROVED BY THE SURVEYORS
    THEN THE VESSEL TO BE PLACED OFF-HIRE FROM THE TIME OF SUCH
    REJECTION
    UNTIL THE CGO HOLDS PASS THE SAME INSPECTION AGAIN AND ANY DIRECTLY
    RELATED EXTRA EXPENSES FOR CLEANING HOLDS TO BE FOR OWNERS ACCT .

31. CHRTRS ARE ENTITLED TO LOAD CARGO ON DECK/HATCH COVER IN
    ACCORDANCE WITH NORMAL MARINE PRACTICE AND SAFETY REGULATIONS AND
    ALWAYS SUBJECT TO VSL'S SEAWORTHINESS, STRENGTH, STABILITY AND
    SAFETY
    OF CREW. DECK/HATCH COVER CARGOES TO BE ENTIRELY AT CHARTERERS,
    SHIPPERS AND RECEIVERS RISK, TIME AND EXPENSE. DECK/HATCH COVER
    CARGOES TO BE LOADED, STOWED, LASHED AND SECURED TO MASTER'S
    SATISFACTION. EXTRA EXPENSES AND/OR DETENTION/DEVIATION IF ANY DUE
    TO
    DECK/HATCH COVER CARGOES TO BE FOR CHARTERERS ACCOUNT. ALL BILLS OF

    LADING FOR DECK/HATCH COVER CARGOES TO BE CLAUSED  "SHIPPED ON
    DECK/HATCH COVERS AT CHARTERERS, SHIPPERS AND RECEIVERS RISK,
    EXPENSE AND RESPONSIBILITY WITHOUT ANY LIABILITY AND/OR
    RESPONSIBILITY
    ON THE PART OF THE VESSEL OR HER OWNERS FOR ANY LOSS, DAMAGE,
    EXPENSE AND/OR DELAY HOWSOEVER CAUSED."
    CHRTRS TO BE RESPONSIBLE FOR DAMAGES TO THE VESSEL BY THE  DECK
    CARGO EITHER DUE TO SHIFTING OF THE CARGO AT SEA OR DURING LOADING/
    DISCHARGING OPERATIONS AT PORT.

32. IF AT ANY TIME DURING THE PERIOD OF THIS CHARTER THE VOYAGE INVOLVES
    SAILING FROM EAST AFRICA INCLUDING ISLANDS TO RED SEA, GULF OF
    ADEN,
    GULF OF OMAN, PERSIAN GULF, ARABIAN GULF OR ANY OTHER PORTS/AREAS
    ON
    THIS ROUTE AND/OR VICE VERSA, THE VESSEL NOT TO SAIL/PASS BETWEEN
    THE
    SOMALIAN COAST AND SOCOTRA ISLAND BUT TO ALWAYS SAIL/PASS EAST OF
    SOCOTRA ISLAND WHICH NOT TO BE CONSIDERED AS A DEVIATION.

33. ICE CLAUSE:-
    (A) THE VESSEL SHALL NOT BE OBLIGED TO FORCE ICE NOR FOLLOW
        ICE-BREAKERS.
    (B) THE VESSEL SHALL NOT BE REQUIRED TO ENTER OR REMAIN IN ANY
        ICEBOUND
        PORT OR AREA, NOR ANY PORT OR AREA WHERE LIGHTS, LIGHTSHIPS,
        MARKERS OR BUOYS HAVE BEEN OR ARE ABOUT TO BE WITHDRAWN BY
        REASON OF ICE, NOR WHERE ON ACCOUNT OF ICE THERE IS, IN THE
        MASTER'S
        SOLE DISCRETION, A RISK THAT, IN THE ORDINARY COURSE OF
        EVENTS, THE
        VESSEL WILL NOT BE ABLE SAFELY TO ENTER AND REMAIN AT THE PORT
        OR
        AREA OR TO DEPART AFTER COMPLETION OF LOADING OR DISCHARGING.
        IF,
        ON ACCOUNT OF ICE, THE MASTER IN HIS SOLE DISCRETION CONSIDERS
        IT
        UNSAFE TO PROCEED TO, ENTER OR REMAIN AT THE PLACE OF LOADING
        OR DISCHARGING FOR FEAR OF THE VESSEL BEING FROZEN IN AND/OR
        DAMAGED,
        HE SHALL BE AT LIBERTY TO SAIL TO THE NEAREST ICE-FREE AND SAFE
        PLACE AND THERE AWAIT THE CHARTERERS' INSTRUCTIONS.
    (C) ANY DELAY OR DEVIATION CAUSED BY OR RESULTING FROM ICE SHALL BE FOR
        THE CHARTERERS' ACCOUNT AND THE VESSEL SHALL REMAIN ON-HIRE.
    (D) ANY ADDITIONAL PREMIUMS AND/OR CALLS REQUIRED BY THE VESSEL'S
        UNDERWRITERS DUE TO THE VESSEL ENTERING OR REMAINING IN ANY

ICEBOUND PORT OR AREA, SHALL BE FOR THE CHARTERERS' ACCOUNT.

34. CHARTERERS TO BE RESPONSIBLE FOR ALL DAMAGES CAUSED TO THE VESSEL
AND/OR HER EQUIPMENTS BY STEVEDORES AND/OR CHARTERERS SERVANTS/
AGENTS. MASTER TO NOTIFY CHARTERERS OR THEIR AGENTS IN
WRITING/TELEX/
CABLE/E-MAIL OF SUCH DAMAGE WITHIN 24 HOURS OF OCCURANCE, OR IN
CASE
OF HIDDEN DAMAGE AS SOON AS PRACTICABLE AFTER DISCOVERY OF SAME
BUT IN ANY CASE PRIOR TO REDELIVERY OF THE VESSEL. MASTER TO
COOPERATE WITH CHARTERERS OR THEIR AGENTS IN NOTIFYING THE PARTY
WHO
CAUSED THE DAMAGE AND TO HOLD THEM RESPONSIBLE. IF CHARTERERS OR
THEIR AGENTS ARRANGE FOR A SURVEY OF THE DAMAGE AT CHARTERERS TIME
AND COST, MASTER TO COOPERATE WITH THE SURVEYORS. DAMAGES WHICH
AFFECTS VESSEL'S SEAWORTHINESS AND/OR CLASS AND/OR WORKING/TRADING
CAPACITY AND/OR SAFETY OF CREW TO BE REPAIRED BY CHARTERERS WITHOUT

DELAY AFTER EACH OCCURRENCE IN CHARTERERS TIME AND COSTS. SUCH
REPAIRS TO BE CARRIED OUT TO CLASS SURVEYORS APPROVAL. DAMAGES
WHICH DO NOT AFFECT VESSEL'S SEAWORTHINESS AND/OR CLASS AND/OR
WORKING/TRADING CAPACITY AND/OR SAFETY OF CREW MAY BE REPAIRED
DURING VESSEL'S NEXT REGULAR DRYDOCK CONCURRENTLY WITH OWNERS
WORK AND CHARTERERS TO PAY OWNERS THE REPAIR COSTS AGAINST
VOUCHERS AND ALSO FOR THE TIME (INSOFAR AS THE TIME EXCEEDS THE
TIME
NECESSARY TO CARRY OUT OWNERS WORK). CHARTERERS HAVE THE RIGHT TO
BE REPRESENTED AT THE TIME OF REPAIRS IN DRYDOCK. OWNERS TO GIVE
CHARTERERS REASONABLE NOTICE OF SAME AS FAR AS POSSIBLE.

35. VESSEL'S SPEED AND CONSUMPTION WARRANTED UNDER THIS CHARTER PARTY
ARE UNDER GOOD WEATHER CONDITIONS UPTO BEAUFORT WIND FORCE 4 AND
DOUGLAS SEA STATE 3. THE CHARTERERS HAVE THE OPTION TO APPOINT AN
INTERNATIONALLY RECOGNISED INDEPENDENT WEATHER BUREAU AS THE
WEATHER ROUTING COMPANY AT THEIR EXPENSE TO ADVISE THE MASTER. THE
MASTER SHALL COMPLY WITH THE REPORTING PROCEDURE OF THE WEATHER
ROUTING COMPANY BUT THE FINAL ROUTING IS ALWAYS AT MASTER'S
DISCRETION
FOR SAFE NAVIGATION. IN THE EVENT OF CONSISTENT DISCREPANCY BETWEEN

VESSEL'S LOGS AND THE INDEPENDENT WEATHER BUREAU THEN THE
INDEPENDENT WEATHER BUREAU REPORT TO BE FINAL AND BINDING. IN THE
EVENT OF ANY SPEED CLAIMS FUEL SAVINGS, IF ANY, DUE TO REDUCED
SPEED
IS TO BE CONSIDERED AND SET OFF AS CREDITS AGAINST SUCH CLAIMS.
CHARTERERS TO PROVIDE SUPPORTING DOCUMENTS TO SUBSTANTIATE THEIR
SPEED CLAIMS IF ANY AND SAME TO BE DEALT WITH SEPARATELY AND NOT TO
BE DEDUCTED FROM HIRE UNLESS MUTUALLY AGREED.

36. ALL LIGHT HOUSE DUES TO BE FOR CHRTRS ACCOUNT.

37. SHOULD THE VESSEL STAY IN A PORT OR TRADE IN TROPICAL WATERS FOR ANY
PERIOD EXCEEDING 30 CONSECUTIVE DAYS OWNERS ARE NOT TO BE HELD
RESPONSIBLE FOR ANY DEFICIENCY IN SPEED/CONSUMPTION DUE TO BOTTOM
FOULING BY MARINE GROWTH, BARNACLES ETC. AND CHARTERERS TO ENSURE
VESSEL'S BOTTOM IS CLEANED WITH APPROVED EQUIPMENTS AT CHARTERERS
TIME AND EXPENSE.

38. JOINT ON/OFF-HIRE SURVEYS TO ASCERTAIN THE VESSEL'S CONDITION AND THE
    QUANTITY OF BUNKERS REMAINING ON BOARD SHALL BE CARRIED OUT ON
    DELIVERY AND REDELIVERY BY MUTUALLY AGREED SURVEYORS. JOINT ON-HIRE
    SURVEY TO BE CARRIED OUT AT FIRST LOADING PORT AFTER DELIVERY OF
    VESSEL AND JOINT OFF-HIRE SURVEY TO BE CARRIED OUT AT LAST
    DISCHARGING
    PORT PRIOR TO REDELIVERY OF VESSEL. THE TIME AND COSTS FOR JOINT
    ON/OFF-HIRE SURVEYS TO BE SHARED EQUALLY BETWEEN OWNERS AND
    CHARTERERS, HOWEVER VESSEL TO REMAIN ON-HIRE IF THE SURVEYS ARE
    CARRIED OUT WITHOUT INTERUPTION TO CHARTERERS OPERATIONS.

39. CHARTERERS SHALL HAVE THE OPTION OF ORDERING THE VESSEL TO LIE
    ALONGSIDE OTHER VESSELS/COASTERS/LIGHTERS AT ANY SAFE ANCHORAGE
    WITHOUT SWELL AND/OR SAFE BERTH/SAFE DOCK/SAFE WHARF FOR THE
    PURPOSE OF LOADING/DISCHARGING OF THE CARGO AND/OR FOR BUNKERING,
    BUT ALWAYS SUBJECT TO MASTER'S ABSOLUTE DISCRETION WHETHER SUCH
    OPERATIONS ARE SAFE AND FEASIBLE. THE MASTER MAY IF HE CONSIDERS IT
    AT
    ANYTIME UNSAFE TO COMMENCE OR CONTINUE SUCH OPERATIONS ORDER THE
    OTHER VESSELS/COASTERS/LIGHTERS AWAY FROM HIS VESSEL TO A SAFE
    DISTANCE AND SUCH VESSELS/COASTERS/LIGHTERS MUST OBEY SUCH ORDERS.
    MASTER MAY ALSO REMOVE HIS VESSEL TO A SAFE DISTANCE. CHARTERERS
    SHALL SUPPLY ADEQUATE AND PROPER FENDERS, LINES AND SECURING
    EQUIPMENT ACCEPTABLE TO THE MASTER AND SHALL ALSO BE LIABLE FOR ANY
    DAMAGE CAUSED TO THE VESSEL BY THE OTHER VESSELS/COASTERS/LIGHTERS
    DURING APPROACH, SECURING, LYING ALONGSIDE, UNSECURING AND
    DEPARTURE
    OF THE OTHER VESSELS/COASTERS/LIGHTERS. FINAL AND SOLE AUTHORITY
    FOR
    PLACING OF  FENDERS SHALL ALWAYS REMAIN WITH THE MASTER OF THE
    VESSEL. THE MASTER SHALL AT ALL TIMES GIVE FULL COOPERATION TO
    CHARTERERS AND/OR THEIR AGENTS TO EXPEDITE THE LOADING/DISCHARGING.

    ALL ABOVE OPERATIONS TO BE AT CHARTERERS ENTIRE RISK, TIME AND
    COSTS.
    EXTRA INSURANCE IF REQUIRED FOR ANY/ALL OF THE ABOVE OPERATIONS TO
    BE
    FOR CHARTERERS ACCOUNT AND CHARTERERS TO PAY OWNERS SAME AGAINST
    OWNERS PROVIDING THEIR UNDERWRITERS/BROKERS INVOICE.
    DELIVERY OVERSIDE INTO OTHER VESSELS/COASTERS/LIGHTERS IN THE CASE
    OF
    DISCHARGING TO CONSTITUTE RIGHT AND TRUE DELIVERY OF CARGO UNDER
    THE RELATIVE BILLS OF LADING.

40. SHOULD ORIGINAL BILL(S) OF LADING NOT BE AVAILABLE AT DISCHARGE
    PORT/S UPON VESSEL'S ARRIVAL, OWNERS TO ALLOW CHARTERERS TO DISCHARGE THE
    CARGO/ES WITHOUT PRESENTATION OF ORIGINAL BILL(S) OF LADING
    AGAINST
    CHARTERERS PROVIDING OWNERS WITH LETTER OF INDEMNITY IN ACCORDANCE
    WITH OWNERS' P&I CLUB FORM AND WORDING BEFORE DISCHARGE. THE
    LETTER
    OF INDEMNITY TO BE SIGNED BY CHARTERERS ONLY. THE LETTER OF
    INDEMNITY
    TO BE ISSUED ON CHARTERERS CORPORATE LETTER HEAD, INK-SIGNED BY
    CHARTERERS AUTHORISED SIGNATORY GIVING NAME AND DESIGNATION AND

STAMPED WITH CHARTERERS CORPORATE STAMP. THE LETTER OF INDEMNITY
TO BE FAXED TO OWNERS ALONGWITH COPY(IES) OF THE BILL(S) OF LADING
PRIOR
VESSEL'S ARRIVAL AT DISCHARGE PORT/S AND THE ORIGINAL LETTER OF
INDEMNITY TO BE COURIERED TO OWNERS IMMEDIATELY THEREAFTER.

41. THE NEW BOTH-TO-BLAME COLLISION CLAUSE, THE NEW JASON CLAUSE,
    GENERAL CLAUSE PARAMOUNT OR U.S.A CLAUSE PARAMOUNT OR
    CANADIAN CLAUSE PARAMOUNT AS APPLICABLE AND CONWARTIME 2004 DEEMED
    TO BE INCORPORATED IN THIS CHARTER PARTY. ALL BILLS OF LADING
    ISSUED
    PURSUANT TO THIS CHARTER PARTY TO CONTAIN THE ABOVE CLAUSES.

42. 2.50 PCT ADDRESS COMMISSION PLUS 1.25 PCT TO LOMAR MARITIME, BANGKOK

Owise terms and conditons as per m.v. SUTHATHIP Naree/Sunwoo c/p
dd 28th March, 2007 with logical alterations as per mterms
except:

- END RECAP.

MANY TKS YR VERY KIND SUPPORT LEADING TO THIS FIXTURE.

RGDS/ALJ - MOBILE (6681) 822 9930