# SRINIVAS DECLARATION

# EXHIBIT 2

```
Fm : Lomar Maritime Co., Ltd - Bangkok - Thailand
Tel. : ( 662 ) 758 8050 Fax : (662) 758 8055 Email : lomar@loxinfo.co.th

-/KUNG

FOLL REVD FRM CHRTS:-

RE: M/V WORADA NAREE / A/C SUNWOO OR GTEED NOMINEE


GOOD AFTERNOON,

REFER TO YR LAST, TKS!!

MTIME, SAME CASE AS M/V SUTHATHIP NAREE, WE WUD LIKE TO PUT BELOW
NAME TO GOVERNING CHARTER PARTY AND CLEAN RECAP AS MAIN CHTRS,

Tiger International Line Pte Ltd
20, Prince Edward Road, #03-10,
PSA Finger Pier Building,
Singapore 079213
Tel (65)6225 9534
Fax (65)6225 9564
Tlx 43165
E.mail kingsgp@singnet.com.sg

PLS DO NOT PUT FLWG WORDING AFTER THE NAME OF THE CHRTRS,

"THE PERFORMANCE OF THIS CHARTER PARTY IS FULLY GUARANTEED BY SUNWOO
MERCHANT MARINE CO. LTD., SEOUL, KOREA.".

HOWEVER, IF OWNS NEED TO HAVE A SEPARATE LETTER OF GUARANTEE, WE ARE
READY TO GIVE IT FOR CHTRS NOMINEE AS PER OWNERS FORMAT/WORDINGS SAME AS M/V
SUTHATHIP NAREE

PLS CNFM THIS MSG BY RETURN.


B.RGDS
```