# SRINIVAS DECLARATION

# EXHIBIT 6

MKB / 3252                    14.5.07

FROM PRECIOUS SHIPPING BKK
TO LOMAR MARITIME BKK

WORADA NAREE - A/C TIGER INT'L

AAA. FURTHER OUR EARLIER MAIL OF DATE, CHARTRS MAY ARRANGE TO CARRY OUT ON-HIRE CONDITION AND BNKR SRVY AT CHANGSU THROUGH THE SRVYRS TO BE APPOINTED BY THEM AT A COST NOT EXCEEDING USD 500 WHICH TO BE SHARED AMONG FOUR PARTIES - OWNERS, TIGER INT'L, SUNWOO AND NASCO. KINDLY CONFIRM WHEN SRVYR APPOINTED AND PROVIDE OWNERS WITH FULL STYLE AND CONTACT DETAILS OF SRVYRS.

BBB. IN TERMS OF CL 84 OF THE C/P OWNERS INTEND APPOINTING S.J.MARINE SURVEYORS WHOSE DETAILS ARE GIVEN BELOW TO CARRY OUT CARGO CONDITION SURVEYS CONCURRENT WITH LOADING AT CHANGSU AND SHANGHAI: SJ MARINE SURVEYORS & LOSS ADJUSTERS LTD.
Add:Rm.610, A Section, Green Harbour Mansion
No.68, Yanhai Street, 116011-Dalian, China
Tel No. 86 411 8210 5881 / 8210 5883
Fax No. 86 411 8210 5887
THEY HAVE QUOTED A FEE OF USD 360 PERDAY OR PART THEREOF OF LOADING FOR BOTH CHANGSU AND SHANGHAI. AS PER THE SAME CLAUSE THE COSTS OF SUCH SRVY TO BE SHARED EQUALLY BTWN OWNERS AND CHARTRS. KINDLY RQST CHARTRS TO CONFIRM THEIR ACCEPTANCE TO THE APPOINTMENT OF THE ABV SRVYRS AT THE FEES QUOTED BY THEM. CCC. WE AWAIT CHARTRS' CONFIRMATION TO OWNERS MESSAGE OF 11TH MAY ON THE ISSUE OF SEAWAYBILLS IN LIEU OF B/LS. KINDLY RVRT. TKS N RGDS.

```
Fm : Lomar Maritime Co., Ltd - Bangkok - Thailand
Tel. : ( 662 ) 758 8050 Fax : (662) 758 8055 Email : lomar@loxinfo.co.th


-/KUNG


FOLL REVD FRM CHRTS:-


RE: M/V WORADA NAREE / TIGER INT'L


REGARDING ON HIRE SVY AT CHANGSU, AS CHRTS UNDERSTANDING,
TTL 4 PARTIES WILL BE INVOLVED IN THIS PRE-LOADING SURVEY,
SO THE COST FOR EACH ONE IS USD 90/PER DAY PER OR PART.
IF SO, CHRTS AGREE TO JOIN IT.

AWAIT OWNS PPT REPLY.

B.RGDS




RE: M/V WORADA NAREE / TIGER INT'L

GOOD DAY,

TKS FOR OWNS LAST, PLS NOTE ASF,

AA. CHTRS HAS NOT BEEN ARRANGED ON HIRE SVYOR AT CHANGSU AND WE'VE BEEN
        WAITING FOR OWNS REPLY WHETHER ON HIRE SVY TO BE CONDUCTED AT ZHOUSHAN
        OR NOT.

BB. WE'LL RELAY OWNS PROPOSED ON HIRE SVYOR WITH COST - USD 360 TO S-CHTRS AND
        COME BACK TO YOU SOON.

CC. REGARDING SEAWAYBILLS, CHTRS HAD FAILED MAKING BIZ WITH KKKK.
        THUS, OWNS DO NOT NEED TO CONCERN ABOUT THIS MATTER ANY MORE AND WE WILL
        REQUEST OWNS IF WE NEED THIS CLAUSE DURING OUR T/C PERIOD IN FURTURE.

B.RGDS
```

TKS CHARTRS MAIL BELOW ON PRELOADING CARGO SRVY AT CHANGSU AND SHANGHAI. OWNERS CONFIRM THAT THE SRVYRS' FEES PER DAY OR FOR PART OF A DAY IS USD 360 WHICH TO BE DIVIDED EQUALLY AMONGST FOUR PARTIES VIZ., OWNERS, TIGER INT'L, SUNWOO AND NASCO. OWNERS HAVE CONFIRMED THE APPOINTMENT TO S.J.MARINE ACCRDGLY.

KINDLY RQST CHARTRS TO ADVISE NAME, FULL STYLE AND CONTACT DETAILS OF ON-HIRE SRVY AT CHANGSU IN ORDER TO INFORM MASTER OF SAME.

TKS N RGDS
-----Original Message-----
From: Lomar Maritime Co.,Ltd. [mailto:lomar@loxinfo.co.th]
Sent: 14 May 2007 15:44
To: PSL - Post Fixture
Subject: RE: M/V WORADA NAREE / TIGER INT'L


Fm : Lomar Maritime Co., Ltd - Bangkok - Thailand
Tel. : ( 662 ) 758 8050 Fax : (662) 758 8055 Email : lomar@loxinfo.co.th


-/KUNG


FOLL REVD FRM CHRTS:-

RE: M/V WORADA NAREE / TIGER INT'L

REGARDING ON HIRE SVY AT CHANGSU, AS CHRTS UNDERSTANDING,
TTL 4 PARTIES WILL BE INVOLVED IN THIS PRE-LOADING SURVEY.
SO THE COST FOR EACH ONE IS USD 90/PER DAY PER OR PART.
IF SO, CHRTS AGREE TO JOIN IT.

AWAIT OWNS PPT REPLY.

B.RGDS