# SRINIVAS DECLARATION

# EXHIBIT 7

12/02 2014 15:30 FAX　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒001

| Shipper | BILL OF LADING | B/L NO. CSR0043-JDH01 |
|---|---|---|
| PINGXIANG IRON AND STEEL CO., LTD | | Nationality of Ocean Vessel |

CARRIER: NANYUAN SHIPPING CO., LIMITED

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or so near thereto as the vessel may safely get and be always afloat.

The weight, measure, marks, numbers, quality, conditions and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

**Consignee:** TO ORDER OF THE SABB

**Notify Address:** SAUDI GROUP FOR CONSTRUCTION MATERIALS CO.,

| Pre-carriage by | Place of Receipt by Pre-carrier |
|---|---|
| Ocean Vessel | Port Of Loading |
| WORADA NAREE V.0701 | CHANGSHU PORT, CHINA |
| Port of Discharge | Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L |
| JEDDAH PORT, SAUDI ARABIA | | | THREE |

ORIGINAL

| Marks & Nos/ Container Nos. | Number and kind of packages; description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | DESCRIPTION OF GOODS: | | |

LOT 1)
HOT ROLLED DEFORMED REINFORCING STEEL BARS
NUMBER OF BUNDLES: 9869 BUNDLES    WEIGHT: 19726.036 MTS
LOT 2)
HOT ROLLED DEFORMED REINFORCING STEEL BARS
NUMBER OF COILS: 1185 COILS    WEIGHT: 2318.253 MTS
TOTAL WEIGHT: 22044.289 MTS .
TOTAL NUMBER OF COILS AND BUNDLES: 1185 COILS AND 9869 BUNDLES
FREIGHT PREPAID
ON BOARD   ON BOARD DATE: 2007-05-21

REMARK FOR LOT 1:
1.ALL CARGOES WERE STORED AT OPEN YARD WITH TARPAULIN.
2.ALL CARGOES WITH RUST STAINED PARTLY AND SLIGHTLY
3.1-3 STRAPPING BANDS BROKEN/MISSING/LOOSE AFFECTED 562 BUNDLES
4.52% OF ALL BUNDLES WITH OILY SPOTS ON THE SURFACE.
5.945 BUNDLES WITH 4-6 PCS BENT NEAR THE END.
6.64 BUNDLES WERE WET AND STAYED ON THE TRUCK ALONG SHIPSIDE BECAUSE OF THE LOADING OPERATION WAS STOPPED DURING RAINING
7.QUANTITY AS PER CHINA OCEAN SHIPPING TALLY,QUALITY AND WIGHT AS PER SHIPPER
REMARK FOR LOT 2:
1.ALL CARGOES WERE STORED IN THE WAREHOUSE WITHOUT ANY COVERING
2.ALL COILS WITH RUST PARTLY AND SLIGHTLY
3.46 COILS WITH RUSTY STAINED ZONE AS A BAND ON THE SURFACE OF COILS
4.1-2 STRAPPING BANDS BROKEN,MISSING AFFECTED 19 COILS
5.THE WIRE RODS NEAR BOTH ENDS PARTLY AND SLIGHTLY BENT AFFECTED 23 COILS
6.QUANTITY AS PER CHINA OCEAN SHIPPING TALLY,QUALITY AND WEIGHT AS PER SHIPPER

ON BOARD
21 MAY 2007

**TOTAL PACKAGES (IN WORDS):** SAY TOTAL ONE THOUSAND ONE HUNDRED AND EIGHTY FIVE COILS AND NINE THOUSAND EIGHT HUNDRED AND SIXTY NINE BUNDLES ONLY

**Freight and charges**

**Place of B(s)/L Issue**
CHANGSHU PORT, CHINA
2007-05-21

Signed for the Carrier
AS AGENT FOR AND ON BEHALF OF THE MASTER:
KLANGPRAPAN ATICHAT OF WORADA NAREE V.0701

常熟宏海国际船舶代理有限公司
CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY CO.,LTD.

*)Applicable only when document used as a Through Bill of Lading    (PGC FORM 02)

GENERAL MANAGER
AS AGENT