# SRINIVAS DECLARATION

# EXHIBIT 8

2007-JUN-08 17:10 From:SUNWOO



# Tiger International Line Pte Ltd

20, PRINCE EDWARD ROAD, #03-10, PSA FINGER PIER BUILDING, SINGAPORE 079213
TEL: 62250534 FAX: 62259664 TLX: RS43165 CABLE: TIGERLINE E-mail: kingspp@singnet.com.sg

Date: 8TH JUN 2007

To: The Master/Owners of the MV WORADA NAREE

Dear Sirs,

M/V       : Worada naree
Goods     : AS PER ATTACHED BILLS OF LADING
Bs/L no   : CSH0043-JDH01, WN701-SHJD-01/02/03/04/05/06/07/08/09
Description : AS PER ATTACHED BILLS OF LADING
Mark      : AS PER ATTACHED BILLS OF LADING
Loadport  : CHANGSHU PORT + SHANGHAI
Discharge Port : JEDDAH

The above goods were shipped on the above vessel by Messrs. AS PER ATTACHED BILLS OF LADING and consigned to Messrs. AS PER ATTACHED BILLS OF LADING but the relevant Bills of Lading have not yet arrived.

We hereby request you to deliver such goods into Port/Customs/Agents Messrs KANOO SHIPPING AGENCIES custody at discharge port JEDDAH without production of the Bills of Lading.

In consideration of your complying with our above request we hereby agree as follows :-

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability loss or damage of whatsoever nature which you may sustain by reason of delivering the goods into Port/Customs/Agents custody in accordance with our request.

2. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage and/or shortage to cargo howsoever caused once the cargo leaves vessel's tackles and the cargo will be kept under Port/Customs/Agents custody entirely at our risk and expense and will be released to the consignees/receivers only on surrender of duly accomplished Original Bills of Lading.

3. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the delivery of the goods as aforesaid to provide you or them from time to time with sufficient funds to defend the same.

4. If the vessel or any other vessel or property belonging to you should be arrested or detained or if the arrest or detention thereof should be threatened, to provide such bail or other security as may be required to prevent such arrest or detention or to secure the release of such vessel or property and to indemnify you in respect of any loss, damage or expenses caused by such arrest or detention whether or not the same may be justified.

5. As soon as all original Bills of lading for the above goods shall have arrived and/or come into our possession, to produce and deliver the same to you.

2007-JUN-08 17:10 From:SUNWOO



## Tiger International Line Pte Ltd
20, PRINCE EDWARD ROAD, #03-10, PSA FINGER PIER BUILDING, SINGAPORE 079213.
TEL: 62259534 FAX: 62250564 TLX: RS43108 CABLE: TIGERLINE E-mail: kingsop@singnet.com.sg

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be construed in accordance with English Law and each and every person liable under this indemnity shall at your request submit to the Jurisdiction of the High Court of Justice of England.

Yours faithfully,
For and on behalf of Charterers,

For and behalf of Charterers,
Tiger International Line Pte Ltd

S Y JUNG   PRESIDENT

12/02 2014 15:30 FAX ☒001

**BILL OF LADING**  B/L NO. CSH0043-JD401

Shipper
PINGXIANG IRON AND STEEL CO., LTD

Nationality of Ocean Vessel

CARRIER: NANYUAN SHIPPING CO., LIMITED

Consignee
TO ORDER OF THE SABB

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.
The weight, measure, marks, numbers, quality, conditions and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.
In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.
Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

Notify Address
SAUDI GROUP FOR CONSTRUCTION MATERIALS CO.,

Pre-carriage by | Place of Receipt by Pre-carrier

Ocean Vessel | Port Of Loading
WORADA NAREE V.0701 | CHANGSHU PORT, CHINA

**ORIGINAL**

Port of Discharge | Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L
JEDDAH PORT, SAUDI ARABIA | | | THREE

Marks & Nos/ Container Nos. | Number and kind of packages; description of goods | Gross weight kgs | Measurement m³
N/M | DESCRIPTION OF GOODS: |  | 
 | LOT 1) |  | 
 | HOT ROLLED DEFORMED REINFORCING STEEL BARS |  | 
 | NUMBER OF BUNDLES: 9869 BUNDLES   WEIGHT: 19726.036 MTS |  | 
 | LOT 2) |  | 
 | HOT ROLLED DEFORMED REINFORCING STEEL BARS |  | 
 | NUMBER OF COILS: 1185 COILS   WEIGHT: 2318.253 MTS |  | 
 | TOTAL WEIGHT: 22044.289 MTS |  | 
 | TOTAL NUMBER OF COILS AND BUNDLES: 1185 COILS AND 9869 BUNDLES |  | 
 | FREIGHT PREPAID |  | 
 | ON BOARD   ON BOARD DATE: 2007-05-21 |  | 

**ON BOARD  21 MAY 2007**

REMARK FOR LOT 1:
1.ALL CARGOES WERE STORED AT OPEN YARD WITH TARPAULIN.
2.ALL CARGOES WITH RUST STAINED PARTLY AND SLIGHTLY
3.1-3 STRAPPING BANDS BROKEN/MISSING/LOOSE AFFECTED 562 BUNDLES
4.32% OF ALL BUNDLES WITH OILY SPOTS ON THE SURFACE.
5.945 BUNDLES WITH 4-6 PCS BENT NEAR THE END.
6.64 BUNDLES WERE WET AND STAYED ON THE TRUCK ALONG SHIPSIDE BECAUSE OF THE LOADING OPERATION WAS STOPPED DURING RAINING
7.QUANTITY AS PER CHINA OCEAN SHIPPING TALLY,QUALITY AND WIGHT AS PER SHIPPER
REMARK FOR LOT 2:
1.ALL CARGOES WERE STORED IN THE WAREHOUSE WITHOUT ANY COVERING
2.ALL COILS WITH RUST PARTLY AND SLIGHTLY
3.46 COILS WITH RUSTY STAINED ZONE AS A BAND ON THE SURFACE OF COILS
4.1-2 STRAPPING BANDS BROKEN,MISSING AFFECTED 19 COILS
5.THE WIRE RODS NEAR BOTH ENDS PARTLY AND SLIGHTLY BENT AFFECTED 23 COILS
6.QUANTITY AS PER CHINA OCEAN SHIPPING TALLY,QUALITY AND WEIGHT AS PER SHIPPER

TOTAL PACKAGES (IN WORDS) | SAY TOTAL ONE THOUSAND ONE HUNDRED AND EIGHTY FIVE COILS AND NINE THOUSAND EIGHT HUNDRED AND SIXTY NINE BUNDLES ONLY

Freight and charges | Place of B(s)/L issue
 | CHANGSHU PORT, CHINA
 | 2007-05-21

Signed for the Carrier
AS AGENT FOR AND ON BEHALF OF THE MASTER:
KLANGPRAPAN ATICHAT OF WORADA NAREE V.0701

常熟宏海国际船舶代理有限公司
CHANGSHU HOTHEART INTERNATIONAL SHIPPING AGENCY CO.,LTD.

*)Applicable only when document used as a Through Bill of Lading    (PGC FORM 02) Printed in 1/99

GENERAL MANAGER
AS AGENT

P.1

70.74S
PM1峰选    1/9

SHANGHAI ABC STEEL STRUCTURE CO., LTD
LEVER 2-4, TOWER E VICTORIA BUILDING,
118 RONGHUA ROAD (E) GUBEI

**BILL OF LADING**

B/L No WN701-SH-JD-01

Nationality of Ocean Vessel

CARRIER: NANYUAN SHIPPING CO., LIMITED

Consignee

TO THE ORDER OF RIYAD BANK

Shipped on board the vessel named herein in apparent good order and condition (weight, measure, marks, numbers, quality, contents and value being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

Notify Address

ELECTRO INDUSTRIES COMPANY
P.O. BOX 763, JEDDAH 21421, SAUDI ARABIA

**Original**

Pre-carriage by | Place of Receipt by Pre-carrier

WORLD NAREE V.0701    SHANGHAI

JEDDAH | Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L

Marks & Nos. /Container Nos. | Number and kind of packages description of goods | Gross weight kgs | Measurement m³

N/M | 1721PCS
HOT-ROLLED H SECTION
Q345B,12MTR/PCS
HOT-ROLLED H SECTION
Q345B,12MTR/PCS | 1082570KGS |

REMARKS:
1. ALL CARGOES WERE STORED AT OPEN YARD WITHOUT ANY COVERING AND TRANSPORTED BY TRAILERS TO THE SHIPSIDE;
2. ALL CARGOES WITH RUSTY ON THE SURFACE;
3. 1-2 STRAPPING BANDS BROKEN/MISSING/LOOSE AFFECTED 38 BUNDLES;
4. 18 BUNDLES LOOSE WITH ALL STRAPPING BROKEN/MISSING;
5. 35% OF ALL CARGOES WITH OILY SPOTS ON THE SURFACE;
6. SLIGHTLY BENT AT THE END OR IN THE MIDDLE OF THE H-BEAM AFFECTED 2 PCS
7. ALL CARGOES WITH PARTLY AND SLIGHTLY SCRATCHED ON SURFACE;
8. QUANTITY AS PER CHINA OCEAN SHIPPING TALLY, QUALITY AND WEIGHT AS PER SHIPPER

SAY ONE THOUSAND SEVEN HUNDRED AND TWENTY ONE PIECES ONLY

TOTAL PACKAGES (IN WORDS)

Freight and charges | Place of B(s)/L issue | Dated

SHANGHAI

2 2 MAY 2007

Signed for the Carrier

上海丰联船务代理有限公司
SHANGHAI FENGLIAN SHIPPING AGENCY CO., LTD.

GENERAL MANAGER

Applicable only when document used as a Through Bill of Lading

(POC FORM 02) Printed in 1-1994

P.2

2/9

| Shipper | | |
|---|---|---|
| SHANGHAI ASIAN DEVELOPMENT INT'L TRANS PUDONG CO.,LTD | **BILL OF LADING** | B/L No WN701-SHJD-02 |
| | | Nationality of Ocean Vessel |

**CARRIER: NANYUAN SHIPPING CO., LIMITED**

Consignee

NATIONAL CONTRACTING CO.,LTD
P.O.BOX 90, AL KHOBAR-31925
KINGDOM OF SAUDI ARABIA

Notify Address
SAME AS CONSIGNEE

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.
The weight, measure, marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.
In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.
Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods

**Original**

| Pre-carriage by | Place of Receipt by Pre-carrier |
|---|---|
| WORLDA NAREE V.0701 | SHANGHAI |

| Ocean Vessel | Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L |
|---|---|---|---|
| JEDDAH | | | |

| Marks & Nos /Container Nos | Number and kind of packages description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 4PKGS<br>GAS TURBINE OF A POWER EXCEEDING 5000KW<br>OR<br>AC GENERATOR WITH OUTPUT OVER 750 KVA<br>OR<br>PARTS FOR GAS TURBINE<br><br>REMARKS:<br>CARGO LOADED WEIGHT, SIZE, QUANTITY AND QUALITY AS PER STATEMENT OF SHIPPER AND THEIR TALLY<br><br>SAY FOUR PACKAGES ONLY | 11359KGS | 86.78CBM |

TOTAL PACKAGES (IN WORDS)

| Freight and charges | Place of B(s)/L Issue | Dated |
|---|---|---|
| | SHANGHAI | 2 17 2007 |

Signed for the Carrier

SHANGHAI FENGLAN SHIPPING AGENCY CO.,LTD

GENERAL MANAGER

*) Applicable only when document used as a Through Bill of Lading

[PUC FORM 02] Printed in 1-1980

P.3

3/9

| Shipper SHANGHAI ASIAN DEVELOPMENT INT'L TRANS PUDONG CO.,LTD | BILL OF LADING | D/L No. WN701-SHJB-03 |
|---|---|---|
| | CARRIER: NANYUAN SHIPPING CO.,LIMITED | Nationality of Ocean Vessel |

Consignee
NATIONAL CONTRACTING CO.,LTD
P.O.BOX 90, AL KHOBAR-31925
KINGDOM OF SAUDI ARABIA

Notify Address
SAME AS CONSIGNEE

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.
The weight, measure, marks, numbers, quality, contents and value being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.
In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.
Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

**Original**

| Pre-carriage by | Place of Receipt by Pre-carrier | | | |
|---|---|---|---|---|
| WORADA NAREE V.0701 | SHANGHAI | | | |
| US BDAH** | Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L | |
| Marks & Nos./Container Nos. | Number and kind of packages, description of goods | | Gross weight kgs | Measurement m³ |
| N/M | 6PKGS<br>GAS TURBINE OF A POWER EXCEEDING 5000KW<br>OR<br>AC GENERATOR WITH OUTPUT OVER 750 KVA<br>OR<br>PARTS FOR GAS TURBINE<br><br>REMARKS:<br>CARGO LOADED WEIGHT, SIZE, QUANTITY AND QUANTITY AS PER STATEMENT OF SHIPPER AND THEIR TALLY<br><br>SAY SIX PACKAGES ONLY | | 27755KGS | 450CBM |
| TOTAL PACKAGES (IN WORDS) | | | | |

| Freight and charges | Place of B(s)/L issue | Dated |
|---|---|---|
| | SHANGHAI | 22 MAY 2007 |
| | Signed for the Carrier | |
| | SHANGHAI FENGHAN SHIPPING AGENCY CO.,LTD | |
| | MANAGER | |

*) Applicable only when document used as a Through Bill of Lading

(PCC FORM 02) Printed in 1-1990

P.4

4/7

| Shipper: SHANGHAI ASIAN DEVELOPMENT INT'L TRANS PUDONG CO., LTD | BILL OF LADING | B/L No WN701-SHJD-04 |
|---|---|---|
| | | Nationality of Ocean Vessel |

CARRIER: NANYUAN SHIPPING CO., LIMITED

**Consignee**
NATIONAL CONTRACTING CO., LTD
P.O.BOX 90, AL KHOBAR-31925
KINGDOM OF SAUDI ARABIA

**Notify Address**
SAME AS CONSIGNEE

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.
The weight, measure, marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.
In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.
Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

**Original**

| Pre-carriage by | Place of Receipt by Pre-carrier |
|---|---|
| WORXDA NAREE V.0701 | SHANGHAI |

| | Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L |
|---|---|---|---|
| JEDDAH | | | |

| Marks & Nos /Container Nos | Number and kind of packages, description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 5PKGS<br>GAS TURBINE OF A POWER EXCEEDING 5000KW<br>OR<br>AC GENERATOR WITH OUTPUT OVER 750 KVA<br>OR<br>PARTS FOR GAS TURBINE<br><br>REMARKS:<br>CARGO LOADED WEIGHT, SIZE, QUANTITY AND QUANTITY AS PER STATEMENT OF SHIPPER AND THEIR TALLY<br><br>SAY FIVE PACKAGES ONLY | 23576KGS | 440CBM |

TOTAL PACKAGES (IN WORDS)

| Freight and charges | Place of B(s)/L Issue | Dated |
|---|---|---|
| | SHANGHAI | 2 2 MAY 2007 |
| | Signed for the Carrier | |
| | CHANGWEI SHIPPING CO., LTD<br>GENERAL MANAGER<br>AS AGENT FOR AND ON BEHALF OF CARRIER | |

*) Applicable only when document used as a Through Bill of Lading

[PGC FORM 02] Printed in 1-1989

P.5

5/9

| Shipper | | B/L No. WN701-SHJD-05 |
|---|---|---|
| WUXI XUETAO GROUP CO.,LTD. NO.1 DATONG ROAD BINHU ECONOMIC AND TECHNICAL DEVELOPMENT ZONE, WUXI, JIANGSU, CHINA 214131 | **BILL OF LADING** | Nationality of Ocean Vessel |
| | CARRIER: NANYUAN SHIPPING CO., LIMITED | |

**Consignee**
TO THE ORDER OF BANK ALJAZIRA

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.
The weight, measure, marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.
In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.
Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

**Notify Address**
RIO TRADING AND CONTRACTING CO.,LTD
P.O.BOX 1544-JEDDAH 21441 KINGDOM OF SAUDI ARABIA

**Original**

| Pre-carriage by | Place of Receipt by Pre-carrier |
|---|---|
| WORADA NAREE V.0701 | SHANGHAI |

| JEDDAH | Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L |
|---|---|---|---|

| Marks & Nos /Container Nos | Number and kind of packages, description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| RIO TRADING AND CONTRACTING CO. XT-AMP07EX002 (AMP4000) JEDDAH, SAUDI ARABIA L X W X H: G/W: NO.:1-71/71 | 71PKGS COMPLETE ASPHALT PLANT MODEL | 386340KGS | 2652.29CBM |
| | **REMARKS:** CARGO LOADED WEIGHT,SIZE,QUANTITY AND QUANTITY AS PER STATEMENT OF SHIPPER AND THEIR TALLY 44PKGS ON DECK | | |
| TOTAL PACKAGES (IN WORDS) | SAY SEVENTY ONE PACKAGES ONLY | | |

| Freight and charges | Place of B(s)/L Issue | Date |
|---|---|---|
| | SHANGHAI | 23 MAY 2007 |
| | Signed for the Carrier | |
| | SHANGHAI FENGLIAN SHIPPING AGENCY CO.,LTD | |

* Applicable only when document used as a Through Bill of Lading

(PCC FORM 02) Printed in 1-10

6/9

| Shipper | B/L No. WN701-SHJD-06 |
|---|---|
| WUXI XUETAO GROUP CO.,LTD. NO.1 DATONG ROAD BINHU ECONOMIC AND TECHNICAL CEVELOPMENT ZONE, WUXI, JIANGSU, CHINA 214131 | Nationality of Ocean Vessel |

**BILL OF LADING**

CARRIER: NANYUAN SHIPPING CO., LIMITED

**Consignee**

TO THE ORDER OF BANK AL JAZIRA

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure, marks, numbers, quality, contents and value, being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

**Notify Address**

RIO TRADING AND CONTRACTING CO.,LTD
P.O.BOX 1544 JEDDAH 21441 KINGDOM OF SAUDI ARABIA

| Pre-carriage by | Place of Receipt by Pre-Carrier |
|---|---|
| | |

| Ocean Vessel WORADA NAREE V.0701 | Port of Loading SHANGHAI |
|---|---|

**Original**

| Port of Discharge JEDDAH | Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L |
|---|---|---|---|

| Marks & Nos. /Container Nos | Number and kind of packages description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| RIO TRADING AND CONTRACTING CO. XT-AMP07EX001 (AMP2000) JEDDAH, SAUDI ARABIA L X W X H: G/W: NO.:1-59/59 | 59PKGS COMPLETE ASPHALT PLANT MODEL  REMARKS: CARGO LOADED WEIGHT, SIZE, QUANTITY AND QUANTITY AS PER STATEMENT OF SHIPPER AND THEIR TALLY 40PKGS ON DECK   SAY FIFTY NINE PACKAGES ONLY | 281350KGS | 1654.57CBM |

| TOTAL PACKAGES (IN WORDS) | | | |

| Freight and charges | Place of B(s)/L Issue SHANGHAI | Dated 23 MAY 2007 |
|---|---|---|
| | Signed for the Carrier | |

*) Applicable only when document is used as a Through Bill of Lading

[PCC FORM 31] Printed in 1-1988

7/9

| Shipper | | |
|---|---|---|
| JILIN PROVINCE ROAD CONSTRUCTION MACHINERY CO.LTD | **BILL OF LADING** | B/L No. WN701-SHJD-07 |
| | | Nationality of Ocean Vessel |
| | CARRIER: NANYUAN SHIPPING CO., LIMITED | |

Consignee

SAAD AL-MOBTY AND PARTS CONT.CO.,
P.O. BOX 325, KHAMIS MUSHAIT (SAUDI ARABIA)
TEL.07 2238015 FAX.07 2230648

Notify Address

SAAD AL-MOBTY AND PARTS CONT.CO.,
P.O. BOX 325, KHAMIS MUSHAIT (SAUDI ARABIA)

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.
The weight, measure, marks, numbers, quality, contents and value being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.
In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.
Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

**Original**

| Pre-carriage by | Place of Receipt by Pre-carrier | | |
|---|---|---|---|
| WOYKDA NAREE V.0701 | SHANGHAI, CHINA | | |
| JEDDAH PORT, SAUDI ARABIA / final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L |

| Marks & Nos/Container Nos | Number and kind of packages, description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| SHIPPING MARKS:<br>JRM LB2000A-2006-07<br>JEDDAH SEAPORT, KSA | 34PCS<br>A SET OF BATCH ASPHALT MIXING PLANT<br>MODE: JRMLB2000A<br><br>REMARKS: CARGO LOADING WEIGHT, SIZE, QUANTITY AND QUALTITY AS PER STATEMENT OF SHIPPER AND TRIER TALLY<br><br>23PCS ON DECK<br><br>TOTAL: THIRTY FOUR PCS ONLY. | 204000KGS | 1330CBM |

TOTAL PACKAGES (IN WORDS)

| Freight and charges | Place of B(s)/L issue | Dated |
|---|---|---|
| | SHANGHAI | 23 MAY 2007 |
| | Signed for the Carrier | |
| | [stamp: SHANGHAI JINGTIAN SHIPPING AGENCY CO.,LTD] | |

*) Applicable only when document used as a Through B/L of Lading

| Shipper: SHANGHAI QIANG SHENG IMP AND EXP CO LTD | | BILL OF LADING | B/L No WN791-SHJD-05 |
|---|---|---|---|
| | | | Nationality of Ocean Vessel |
| | | CARRIER: NANYUAN SHIPPING CO., LIMITED | |

Consignee
ABDULWAHAB AL-DAKHEEL SONS TRADING&CONTRA(
COMPANY P.O.BOX 57329-RIYADH 11574,
KINGDOM OF SAUDI ARABIA

Notify Address
SAME AS CONSIGNEE

Shipped on board the vessel named herein in apparent good order and condition (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.

The weight, measure, marks, numbers, quality, contents and value being particulars furnished by the Shipper, are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.

In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

**Original**

| Pre-carriage by | Place of Receipt by Pre-carrier | | |
|---|---|---|---|
| WORADA NAREE V.0701 | SHANGHAI, CHINA | | |
| Ocean Vessel | Port of Loading | | |
| JEDDAH PORT, SAUDI ARABIA | Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L |
| Port of Discharge | | | |

| Marks & Nos /Container Nos | Number and kind of packages description of goods | Gross weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 12PACKAGES<br>BULLDOZER SD22<br>BULLDOZER SD32 | NET:115045KGS<br>GROSS:121100KGS | 227.51CBM |
| | REMARKS:CARGO LOADING WEIGHT,SIZE,QUANTITY AND QUALITY AS PER STATEMENT OF SHIPPER AND TRIER TALLY | | |
| | 12PKGS ON DECK | | |
| TOTAL PACKAGES (IN WORDS) | TOTAL: TWELVE PACKAGES ONLY. | | |

Particulars Furnished by Merchants

| Freight and charges | Place of B(s)/L Issue | Dated |
|---|---|---|
| | | SHANGHAI |
| | | 2 9 MAY 2007 |
| | Signed for the Carrier | |
| | SHANGHAI FENGLIAN ... | |

*) Applicable only when document used as a Through Bill of Lading

P.2

| Shipper<br>SHANGHAI QIANG SHENG IMP AND EXP CO LTD | BILL OF LADING | B/L No. **WN701-SHJD-09** |
| --- | --- | --- |
| | | Nationality of Ocean Vessel |
| | CARRIER: NANYUAN SHIPPING CO.,LIMITED | |

Consignee

ABDULWAHAB AL-DAKHEEL SONS TRADING&CONTRAC
COMPANY P.O.BOX 57326-RIYADH 11574,
KINGDOM OF SAUDI ARABIA

Notify Address

SAME AS CONSIGNEE

Shipped on board the vessel named herein in apparent good order and condition, (unless otherwise indicated) the goods or packages specified herein and to be discharged at the above mentioned port of discharge or as near thereto as the vessel may safely get and be always afloat.
The weight, measure, marks, numbers, quality, contents and value, being particulars furnished by the Shipper are not checked by the Carrier on loading. The Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and agree to all printed, written or stamped provisions, exceptions and conditions of this Bill of Lading, including those on the back hereof. One of the Bills of Lading duly endorsed must be surrendered in exchange for the goods or delivery order.
In witness whereof, the Carrier or his Agents has signed Bills of Lading all of this tenor and date, one of which being accomplished, the others to stand void.
Shippers are requested to note particularly the exceptions and conditions of this Bill of Lading with reference to the validity of the insurance upon their goods.

**Original**

| Pre-carriage by | Place of Receipt by Pre-carrier | | | |
| --- | --- | --- | --- | --- |
| Ocean Vessel<br>WORADA NAREE V.0701 | Port of Loading<br>SHANGHAI,CHINA | | | |
| Port of Discharge<br>JEDDAH PORT,SAUDI ARABIA | Final destination (if goods to be transhipped at port of discharge) | Freight payable at | Number of original B(s)/L | |
| Marks & Nos /Container Nos | Number and kind of packages, description of goods | | Gross weight kgs | Measurement m³ |
| N/M | 20PACKAGES<br>ROAD ROLLER 516A<br>DIAPHRAGM WALL GRABS SG30<br>DRILLING RIGS SPJT-400<br><br>REMARKS:CARGO LOADING WEIGHT,SIZE,QUANTITY AND QUALTITY AS PER STATEMENT OF SHIPPER AND TRIER TALLY<br><br>15PKGS ON DECK<br><br>TOTAL - TWENTY PACKAGES ONLY. | | NET:215395KGS<br>GROSS:226700KGS | 655CBM |
| TOTAL PACKAGES (IN WORDS) | | | | |

| Freight and charges | Place of B(s)/L issue<br>SHANGHAI | Dated<br>2 3 MAY 2007 |
| --- | --- | --- |
| | Signed for the Carrier | |
| | 上海丰联船舶代理有限公司<br>SHANGHAI FENGLIAN SHIPPING AGENCY CO.,LTD<br>GENERAL MANAGER | |

*) Applicable only when document used as a Through Bill of Lading

(FOC FORM 05) Printed in 1-1986