# SRINIVAS DECLARATION

# EXHIBIT 9

## GREAT CIRCLE SHIPPING AGENCY LTD.

8/35 NORTH SATHORN ROAD, BANGKOK 10500, THAILAND
PHONE: (662) 6338482 / 3 / 4   TELEX: 82161 GCSHIP TH,   FAX: (662) 2377842
INTERNET:gcship@gpnet.gpbkk.th.com. MAILING ADDRESS: GPO BOX1228 BANGKOK10501, THAILAND

MV.WORADA NAREE
AT PORT: JEDDAH
DATE: 16th JUNE 2007


TO   M/S KANOO SHIPPING AGENCIES, JEDDAH

DEAR SIR

SUB: CARGO DISCHARGE UNDER LOI

THIS IS TO BRING TO YOUR NOTICE THAT CHARTERERS(NASCO ,CHINA) HAVE SUBMITTED LOI TO OWNERS FOR DISCHARGE OF ALL CARGO AT JEDDAH WITHOUT ORIGINAL BILLS OF LADING

AS PER CHARTERERS INSTRUCTIONS CARGO TO BE DISCHARGED TO CUSTODY OF AGENTS,M/S KANOO SHIPPING AGENCIES. CARGO IS TO BE KEPT IN YOUR CUSTODY ENTIRELY AT CHARTERERS RISK AND EXPENSE AND TO BE RELEASED TO THE RESPECTIVE CONSIGNEES ONLY ON SURRENDER OF DULY ENDORSED ORIGINAL BILLS OF LADING

FURTHERMORE ONCE THE CARGO LEAVES VESSEL'S TACKLE VESSEL/MASTER NOT RESPONSIBLE FOR ANY LIABILITY,LOSS,DAMAGE AND/OR SHORTAGE TO CARGO HOWSOEVER CAUSED.

I REQUEST YOU TO SEND ACCOMPLISHED ORIGINAL BS/L TO OWNERS AS SOON AS SAME COMES TO YOUR POSSESSION AND CARGO IS RELEASED.

THANKING YOU

MASTER
M.V. WORADA NAREE

MASTER
MV.WORADA NAREE

RECEIVED AND ACCEPTED
CHARTERERS' AGENT

cc: Owners through GCSHIP
cc: Charterers(NASCO,CHINA)