# SRINIVAS DECLARATION

# EXHIBIT 10



**SAUDI GROUP FOR CONSTRUCTION MATERIALS CO.**

Tel #:966 1 4650165-(12 Lines)
Fax.#:966 1 4651643 - 4627901
P.O.Box: 58290
Riyadh 11594
Saudi Arabia

E-mail: _____
E-mail: saudigroup@saudigroup.net
Http://www.saudigroup.net

Date 12.09.07
Ref 005/AHD/07

Page no. 1 Of 2

TO   : M/S KANOO SHIPPING AGENCIES – JEDDAH
ATTN : CLAIMS DEPARTMENT

SUB  : MV " WORADA NAREE" ARRIVED AT JEDDAH PORT – 16.06.07
       B/L NO CSH0043 - JDH01 - 9869 BUNDLES
       STC 19,726.036 MT HOT ROLLED
       DEFORMED REINFORCED STEEL BARS AND
       1185 COILS - STC 2318.253 MT STEEL

       CONSIGNEE : SAUDI GROUP FOR CONST. MAT. COMPANY –
                   RIYADH - SAUDI ARABIA

Dear Sirs,

Reference to the above shipment, please find enclosed a survey report pertaining to the above vessel.

Since you are the agents of " WORADA NAREE" and since the issued Bills of Lading are clean on board and since the Debars and Coils arrived to Jeddah with massive rust averaging atleast 50% of all the material in mixed form, we hold Kanoo Shipping Agencies, agents of " WORADA NAREE", fully responsible for this damage.

Please find below our estimated losses for the consignment.

| | | |
|---|---|---|
| Value of merchandise | USD | 11,741,429 |
| Cost of clearance Including taxes 10% | USD | 1,174142.90 |
| **TOTAL VALUE** | USD | **12,915571.90** |
| Loss as a result of Rust 50% | USD | 6,457,785.00 |
| **TOTAL CLAIM** | USD | **6,457,785.00** |

( SIX MILLION FOUR HUNDRED AND FIFTY SEVEN THOUSAND
  SEVEN HUNDRED AND EIGHTY FIVE - AMERICAN DOLLARS )

Tel #:966 1 4650165-(12 Lines)
Fax.#:966 1 4651643 - 4627901
P.O.Box: 58290
Riyadh 11594
Saudi Arabia



E-mail: _____ صفحة 2 من 2
E-mail: saudigroup@saudigroup.net
Http://www.saudigroup.net

Page no. 2 of 2

Please let us know how you intend to settle this claim.

Kindly forward a copy of this claim to Mutual Marine Services – Jeddah who are the Vessel's P & I representative

Please feel free to contact me for any further clarifications.

Contact details :

DR. ALI HASSAN DAYEKH
PRESIDENT

TEL. NO  +9661 4650165
FAX NO   +9661 4651643
MOBILE   +966 505483798

Awaiting your soonest response.

Thank you and best regards

DR. ALI HASSAN DAYEKH
PRESIDENT

SAUDI GROUP FOR CONSTRUCTION MATERIALS CO.