Shaun F. Carroll (SC 9898)
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
Telephone:  (212) 952-6200
Facsimile:  (212) 952-0345
E-mail:    scarroll@nb-ny.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PRECIOUS PEARLS, LTD.,

            Plaintiff,

      - against -

TIGER INTERNATIONAL LINE PTE LTD. and
SUNWOO MERCHANT MARINE CO., LTD.,

            Defendants.

07 Civ. 8325 (JGK)

STIPULATION AND ORDER
DIRECTING GARNISHEE J.P.
MORGAN CHASE TO TURN OVER
FUNDS TO REGISTRY OF COURT
AND FOR PLACING THOSE
FUNDS INTO CRIS

(ECF)

------------------------------------------------------------X

WHEREAS Garnishee J.P. Morgan Chase previously restrained the sum of $8.5 million pursuant to an Order of Attachment dated September 24, 2007 ("Attachment Order"); and

WHEREAS Plaintiff and Defendant have agreed that said $8.5 million should be transferred to an interest-bearing account pending further order of the Court;

IT IS HEREBY STIPULATED, AGREED and ORDERED:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2008

1. Garnishee J.P. Morgan Chase be, and hereby is, directed to turn over said sum of $8.5 million by means of its bank check in that amount payable to the Clerk of Court, United States District Court for the Southern District of New York, and shall promptly deliver said check in that amount to Defendant's counsel at the address below.

2. Upon receipt of said check, Defendant's counsel shall deliver it to the Clerk of the Court for deposit into the Registry of the Court of the Southern District of New York.

3. Upon receipt of the deposit, the Clerk of the Court, as soon as the business of his office allows, shall prepare the necessary forms to effectuate the transfer of said funds from the Registry of the Court of the Southern District of New York, to the Registry of the Court of the Southern District of Texas, for the purpose of placing said funds in the Court Registry Investment System, Interest Bearing Account.

4. The Clerk shall deduct from the income earned on the investment a fee not exceeding that authorized by the Judicial Conference of the United States and set by the Director of Administrative Office, whenever such income becomes available for deduction from the investment so held and without further order of this Court.

5. In all other respects the funds, including all interest earned thereon up to and including the date of withdrawal, shall be held pending further order of this Court.

6. Defendant's counsel shall serve a signed copy of this order upon the Clerk of the Court in Room 120, and on a Financial Deputy in the Cashier's Office in Room 120 at the time it presents the check described in Paragraph 2 above.

Dated: January 24, 2007
      New York, New York

BLANK ROME LLP
Attorneys for Plaintiff

By: _____
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

Dated: January ___, 2008

2/1/08

NOURSE & BOWLES, LLP
Attorney for Defendant

By: _____
Shaun F. Carroll (SC 9898)
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

SO ORDERED:

_____
United States District Judge

3