BLANK ROME, LLP
Attorneys for Plaintiff
PRECIOUS PEARLS LTD.
Thomas H. Belknap, Jr. (TB-3188)
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECIOUS PEARLS LTD.,

    Plaintiff,

-against-

TIGER INTERNATIONAL LINE PTE LTD. and
SUNWOO MERCHANT MARINE CO., LTD.,

    Defendants.

Docket No.: 07 Civ. 8325 (JGK)

**ORDER EXTENDING STAY OF ENFORCEMENT UNTIL AND INCLUDING AUGUST 22, 2008**

    Whereas Plaintiff obtained an attachment of property of Defendant pursuant to Supplemental Rule B for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

    Whereas by Order entered August 1, 2008 ("August 1 Order"), the Court vacated the attachment of that property;

    Whereas pursuant to Fed. R. Civ P. 62(d), the automatic stay on enforcement of the August 1 Order expires on August 15, 2008; and

    Whereas the parties through their undersigned counsel have agreed to extend the automatic stay until and including August 22, 2008, in order to afford themselves additional time

128312.00601/6660188v.1

to try to resolve certain aspects of their disputes and avoid expedited motion and appellate practice;

IT IS HEREBY STIPULATED AND ORDERED that the stay of enforcement of the August 1 Order is extended until and including August 22, 2008.

BLANK ROME LLP
Attorneys for Plaintiff
PRECIOUS PEARLS LTD.

By _____
Thomas H. Belknap, Jr. (TB-3188)
405 Lexington Ave.
New York, N.Y. 10174
Phone: (212) 885-5000
Fax: (212) 885-5001
E-mail: tbelknap@blankrome.com

NOURSE & BOWLES, LLP
Attorneys for Defendants
INTERNATIONAL LINE PTE LTD. AND
SUNWOO MERCHANT MARINE CO., LTD.

By _____
Shaun F. Carroll
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
Phone: (212) 952-6210
Fax: (212) 952-0345
E-mail: scarroll@nb-ny.com

SO ORDERED:

_____
U.S.D.J.

8/18/08

2

128312.00601/6660188v.1