USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/22/08

BLANK ROME, LLP
Attorneys for Plaintiff
PRECIOUS PEARLS LTD.
Thomas H. Belknap, Jr. (TB-3188)
LeRoy Lambert (LL-3519)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECIOUS PEARLS LTD.,

    Plaintiff,

-against-

TIGER INTERNATIONAL LINE PTE LTD. and
SUNWOO MERCHANT MARINE CO., LTD.,

    Defendants.

Docket No.: 07 Civ. 8325 (JGK)

**ORDER EXTENDING STAY OF ENFORCEMENT UNTIL AND INCLUDING AUGUST 29, 2008**

    Whereas Plaintiff obtained an attachment of property of Defendant pursuant to Supplemental Rule B for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

    Whereas by Order entered August 1, 2008 ("August 1 Order"), the Court vacated the attachment of that property;

    Whereas pursuant to Fed. R. Civ P. 62(d), the automatic stay on enforcement of the August 1 Order would have expired on August 15, 2008; and

    Whereas the parties through their undersigned counsel agreed to extend the automatic stay until and including August 22, 2008, in order to afford themselves additional time to try to resolve certain aspects of their disputes and avoid expedited motion and appellate practice; and

128312.00601/6660188v.1



Whereas the parties through their undersigned counsel have now agreed to extend further the automatic stay until and including August 29, 2008, in order to afford themselves additional time to try to resolve certain aspects of their disputes and avoid expedited motion and appellate practice.

IT IS HEREBY STIPULATED AND ORDERED that the stay of enforcement of the August 1 Order is further extended until and including August 29, 2008.

Dated: New York, NY
August 21, 2008

BLANK ROME LLP
Attorneys for Plaintiff
PRECIOUS PEARLS LTD.

By _____
LeRoy Lambert (LL-3519)
405 Lexington Ave.
New York, N.Y. 10174
Phone: (212) 885-5000
Fax: (212) 885-5001
E-mail: llambert@blankrome.com

NOURSE & BOWLES, LLP
Attorneys for Defendants
INTERNATIONAL LINE PTE LTD. AND
SUNWOO MERCHANT MARINE CO., LTD.

By _____
Shaun F. Carroll
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
Phone: (212) 952-6210
Fax: (212) 952-0345
E-mail: scarroll@nb-ny.com

SO ORDERED:

_____
U.S.D.J.

8/21/08

2

128312.00601/6660188v.1